**ROWE | MULLEN LLP**
Martin Mullen (SBN 137974)
James S. Brasher (SBN 171139)
George A. Gonzalez (SBN 237522)
3636 Nobel Drive, Suite 215
San Diego, California 92122
Telephone: (858) 404-9800
Facsimile: (858) 404-9833
Email:      mullen@rowemullen.com
            brasher@rowemullen.com
            gonzalez@rowemullen.com

Attorneys for Defendant
AMERICAN FINANCIAL NETWORK, INC.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONA WILEY**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**AMERICAN FINANCIAL NETWORK, INC.** a California company,<br><br>    Defendant. | Case No. 8:22-cv-00244-CJC-DFM<br><br>**ORDER RE:**<br>**AGREED PROTECTIVE ORDER**<br><br>Assigned to:<br>District Judge Hon. Cormac J. Carney<br>Magistrate Judge Hon. Douglas F. McCormick |

The Court has read and considered the parties' Agreed Protective Order and, good cause appearing, orders that:

The Agreed Protective Order is hereby approved and entered.

IT IS SO ORDERED.

Dated: October 4, 2022

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

ORDER