RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA WILEY, individually and on behalf of all others similarly situated, | Case No. 8:22-cv-00244-CJC-DFM |
| Plaintiff, | DECLARATION OF RACHEL E. KAUFMAN |
| v. | |
| AMERICAN FINANCIAL NETWORK, INC., | |
| Defendant. | |

Rachel E. Kaufman declares as follows:

1.    I am one of Plaintiff's attorneys being proposed as Class Counsel in this action against American Financial Network. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.    A true and correct copy of Defendant's amended responses to Plaintiff's first set of interrogatories is attached hereto as Exhibit 1.

3.    A true and correct copy of Defendant's Giant Partners invoices is attached hereto as Exhibit 2.

1

4.      A true and correct copy of Defendant's press release announcing iLeads and Jornaya's partnership is attached hereto as Exhibit 3.

5.      A true and correct copy of Defendant's iLeads invoices is attached hereto as Exhibit 4.

6.      A true and correct copy of Defendant's responses to Plaintiff's first set of interrogatories is attached hereto as Exhibit 5.

7.      True and correct copies of Defendant's call scripts are attached hereto as Exhibit 6.

8.      True and correct copies of Defendant's Advertising Policies and Procedures are attached hereto as Exhibit 7.

9.      Plaintiff's counsel is adequate because they are experienced, have the financial and other firm resources to properly manage this case as a class suit, and conducted significant discovery prior to moving for class certification.

10.     Plaintiff's Counsel has extensive experience and expertise prosecuting complex class actions, and is particularly experienced in the litigation, certification, and settlement of nationwide TCPA class action cases.

11.     Since 2008, the attorneys of Kaufman P.A. have worked on consumer class action cases. To date, not including this settlement, Plainitff's Counsel have recovered over $100 million through TCPA class action settlements for the benefit of consumers. Kaufman P.A.'s attorneys have also successfully recovered millions of dollars in settlements and judgments for plaintiffs in breach of contract actions in the media, real estate, fashion, healthcare, telecommunications, and banking industries.

2

12.    I have degrees in communications and philosophy from Northwestern University and a JD from Boston University School of Law. Prior to joining Kaufman P.A., I worked at Lash & Goldberg in its commercial litigation practice and Epstein, Becker & Green in its class action, commercial litigation, and healthcare practices. I am a member of the California, Florida, and Washington, D.C. bars.  I am also admitted to practice in all federal district courts in California, the Southern and Middle Districts of Florida, the Eleventh Circuit and the Ninth Circuit.

13.    Avi Kaufman has a degree in government from Harvard University and a JD from Georgetown University Law Center, and has been practicing law for over ten years.  For more than five years after graduation, he was a litigation associate at the law firm of Carlton Fields in its national class action and commercial litigation practice groups. During that time, he represented plaintiffs and defendants in various types of individual and class litigation, including securities and TCPA class actions.  In 2016, he joined the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert as a partner to work exclusively on consumer class actions. From 2016 until January 2018, when he departed KOFWG to start Kaufman P.A., he represented plaintiffs in class actions arising from products defects, illegal payday loans, false advertising, and TCPA violations, including as lead counsel in a TCPA class action against CITGO Petroleum Corp. that settled for $8.3 million in 2017.

14.    Since starting Kaufman P.A., we have focused almost exclusively on TCPA class actions, litigating in various jurisdictions across the country.  Among

3

other cases, our firm has been appointed class counsel in the following TCPA cases:

- o *Broward Psychology, P.A. v. SingleCare Services, LLC* (Fla. Cir. Ct. 2019), a Florida Telephone Consumer Protection Act class action resulting in a $925,110 class wide settlement.

- o *Van Elzen v. Educator Group Plans, et. al.* (E.D. Wis. 2019), a nationwide Telephone Consumer Protection Act class action resulting in a $900,000 class wide settlement.

- o *Halperin v. YouFit Health Clubs, LLC* (S.D. Fla. 2019), a nationwide Telephone Consumer Protection Act class action resulting in a $1.4 million class wide settlement.

- o *Armstrong v. Codefied Inc.* (E.D. Cal. 2019), a nationwide Telephone Consumer Protection Act class action resulting in a $2.2 million class wide settlement.

- o *Itayim v. CYS Group, Inc.* (S.D. Fla. 2020), a Florida Telephone Consumer Protection Act class action resulting in a $492,250 class wide settlement.

- o *Bulette v. Western Dental, et al.* (N.D. Cal. 2020), a nationwide Telephone Consumer Protection Act class action resulting in a $9.7 million class wide settlement.

- o *Donde v. Freedom Franchise Systems, LLC, et al.* (S.D. Fla. 2020), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $948,475.50 class wide settlement.

- o *Izor v. Abacus Data Systems, Inc.* (N.D. Cal. 2020), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $1.95 million class wide settlement.

- o *Fitzhenry v. Independent Home Products, LLC* (D.S.C. 2020), a nationwide Telephone Consumer Protection Act class action making $5.16 million available to the settlement class.

- o *Judson v. Goldco Direct LLC* (C.D. Cal. 2020), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $1.5 million class wide settlement.

4

o *Hicks v. Houston Baptist University* (E.D.N.C. 2021), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $375,000 class wide settlement.

o *Lalli v. First Team Real Estate* (C.D. Cal. 2021), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $478,500 class wide settlement.

o *Fitzhenry, et al. v. Safe Streets USA LLC, et al.* (E.D.N.C. 2021), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $1.5 million class wide settlement.

o *Beiswinger v. West Shore Home LLC* (M.D. Fla. 2022), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $1,347,500 class wide settlement.

o *Bumpus, et al. v. Realogy* Brokerage Group LLC (N.D. Cal. 2022), appointed class counsel in a contested nationwide Telephone Consumer Protection Act class action.

o *Wright, et al. v. eXp Realty, LLC* (M.D. Fla. 2022), appointed class counsel in a contested nationwide Telephone Consumer Protection Act class action, ultimately resulting in a $26.91 million class wide settlement.

o *Kenneth A. Thomas MD, LLC v. Best Doctors, Inc.* (D. Mass. 2022), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $738,375 class wide settlement.

o *Miller v. Bath Saver, Inc., et al.* (M.D. Penn. 2023), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $1,950,000 class wide settlement.

o *DeShay v. Keller Williams Realty, Inc.* (Fla. Cir. Ct. 2023), a nationwide Telephone Consumer Protection Act class action resulting in a $40 million class wide settlement.

o *Lomas et al. v. Health Insurance Associates LLC* (M.D. Fla. 2023), a nationwide Telephone Consumer Protection Act class action settlement resulting in a $990,000 class wide settlement. (Final approval hearing scheduled for June 2023).

5

DECLARATION
Case No. 8:22-cv-00244-CJC-DFM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

o  *Taylor v. Cardinal Financial Company, LP* (M.D. Fla. 2023), a
nationwide Telephone Consumer Protection Act class action settlement
resulting in a $7,200,000 class wide settlement. (Final approval hearing
scheduled for June 2023).

15.    Plaintiff's counsel have the resources necessary to conduct litigation of
this nature. And Plaintiff's counsel have dedicated substantial time, effort and
financial resources to the investigation and prosecution of the claims at issue, as
evidenced through the discovery and expert testimony obtained and presented in this
motion, and will continue to do so.

I declare under penalty of perjury of the laws of the United States that the
foregoing is true and correct.

Dated: June 5, 2023              */s/ Rachel E. Kaufman*
                                  Rachel E. Kaufman

DECLARATION
Case No. 8:22-cv-00244-CJC-DFM

# EXHIBIT 1

**ROWE | MULLEN LLP**
Martin Mullen (SBN 137974)
James S. Brasher (SBN 171139)
George A. Gonzalez (SBN 237522)
3636 Nobel Drive, Suite 215
San Diego, California 92122
Telephone: (858) 404-9800
Facsimile: (858) 404-9833
Email:       mullen@rowemullen.com
             brasher@rowemullen.com
             gonzalez@rowemullen.com

Attorneys for Defendant
AMERICAN FINANCIAL NETWORK, INC.

ROWE MULLEN LLP

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MONA WILEY**, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>**AMERICAN FINANCIAL NETWORK, INC.** a California company,<br><br>          Defendant. | Case No. 8:22-cv-00244-CJC-DFM<br><br>**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES** |

**PROPOUNDING PARTY:**    **Plaintiff MONA WILEY**

**RESPONDING PARTY:**      **Defendant AMERICAN FINANCIAL NETWORK, INC.**

**SET NO.:**                **ONE**

      Defendant AMERICAN FINANCIAL NETWORK, INC., by and through its attorneys of record ("Responding Party") hereby provides the following amended

written response to the First Set of Interrogatories propounded by Plaintiff, MONA WILEY ("Plaintiff") as follows.

## PRELIMINARY STATEMENT

Responding Party has not fully completed its discovery in this proceeding, nor its preparation for trial.  Accordingly, all responses contained herein are based only upon such information and documents as are presently available to and specifically known to Responding Party and discloses only those contentions that presently occur to Responding Party.  Responding Party does not purport to state herein anything more than information and documents known to, discovered by, or appreciated by Responding Party at this time.

It is anticipated that further discovery, independent investigation and legal research and analysis will, or may, acquire additional facts and add meaning to known facts, as well as establish new factual conclusions and legal contentions, all of which may lead to substantial additions to, and changes and variations from, the answers and contentions set forth herein.

The following responses are given without prejudice to Responding Party's rights to produce evidence of subsequently discovered facts that Responding Party may later recall.  Responding Party, accordingly, reserves the right to change any and all responses herein as additional facts are ascertained, analyses are made, legal research is completed and contentions are made.  Furthermore, Responding Party will not be precluded from interposing further objections should further objections become known to Responding Party.

The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as are presently known, but should in no way be to the prejudice of Responding Party in relation to further discovery, research or analysis.

ROWE MULLEN LLP

The responses contained herein are solely for the purpose of, and in relation to, this proceeding. Each response is given subject to all appropriate objections (including, but not limited to, objections concerning competency, relevancy, materiality, propriety and admissibility) which would require the exclusion of any statement or material contained herein, and such objections and grounds are reserved and may be interposed at the time of the arbitration hearing.

Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred. The fact that any request has been answered should not be taken as an admission of a concession of the existence of any facts set forth or assumed by such request, or that such answer constitutes evidence of any facts thus set forth or assumed.

These preliminary comments shall apply to each and every response made herein and shall be incorporated by reference as though fully set forth in each response appearing on the following pages.

## GENERAL OBJECTIONS AND RESERVATIONS

Responding Party objects to each and every direction, instruction and request to the extent that it imposes any requirement or discovery obligation on Responding Party other than those set forth in the Federal Rules of Civil Procedure and applicable rules of the Court.

Responding Party objects to each and every request to the extent that each request seeks information protected by the attorney-client privilege, the attorney work-product privilege, or any other privilege.

Responding Party further objects to the extent Propounding Party seeks information protected by the third-parties' rights of privacy. Responding Party also objects to this set of written discovery on the ground that it violates the Federal Rules of Civil Procedure which require that each interrogatory shall be full and complete in and of itself and no preface or instruction shall be included with a set of interrogatories. The

ROWE MULLEN LLP

00273466.DOCX

3

1  instant set of written discovery includes an improper preface and instructions, including

2  definitions.  Eliminating the improper preface and instructions, including definitions,

3  makes the interrogatory requests vague, ambiguous and unintelligible so as to require

4  speculation as to their meaning. Responding further objects that this set of discovery

5  violates F.R.C.P. Rule 33 by exceeding the total number of written interrogatories,

6  including all discrete subparts that a party may serve on another party absent a

7  stipulation between the parties or leave of court.

8       These general objections and reservations are incorporated into each and every

9  response contained herein.

10                              **AMENDED RESPONSES**

11  **INTERROGATORY NO. 3:**

12       Identify all vendors involved in making outbound calls promoting your goods and

13  services. This includes, but is not limited to, (a) third parties that you contract with who

14  make telemarketing calls and/or provide leads, and (b) the dialing system platform or

15  provider used to make calls.

16  **AMENDED RESPONSE TO INTERROGATORY NO. 3:**

17       Objection.  *See*, General Objections and Reservations. Also, the Interrogatory is

18  vague and ambiguous as to the phrase "involved in making outbound calls." The

19  Interrogatory is also overbroad, burdensome and compound, containing no less than 3

20  subparts which puts the total number of interrogatories, including subparts, above 25,

21  without leave of court or stipulation by the parties.  Subject to and without waiving said

22  objections, Responding Party responds as follows: with respect to the Ownings Mills

23  branch, iLeads, Listgiant, Xencall and Nextiva

24  **INTERROGATORY NO. 4:**

25       Identify and describe the work of each vendor.

26  / / /

27  / / /

28

ROWE MULLEN LLP

**AMENDED RESPONSE TO INTERROGATORY NO. 4:**

Objection.  *See*, General Objections and Reservations. Also, the Interrogatory is vague and ambiguous as to the phrase "work of each vendor" The Interrogatory is also overbroad and burdensome by incorporating other responses and requests in the Request. Subject to and without waiving said objections, Responding Party responds as follows:  with respect to the Ownings Mills branch, Xencall is the dialer system and software used, Nextiva provides telephone services, Listgiant provides scrubbed contact lists and iLeads provides leads who have consented to contact.

**INTERROGATORY NO. 6:**

State all facts in support of any affirmative defenses you have raised.

**AMENDED RESPONSE TO INTERROGATORY NO. 6:**

Objection.  *See*, General Objections and Reservations. Also, the request is vague and ambiguous, overbroad and burdensome by attempting to incorporate an entire pleading in the request making it extremely compound, invasive of attorney-client and work-product privilege and calls for legal conclusions.  Responding Party has filed a denial as to most claims asserted in the subject Complaint as it is entitled to do. Responding Party is entitled to use affirmative defenses as a means of preserving all possible defenses on all issues which may be a subject during the discovery phase of litigation. Responding Party has also filed a number of affirmative defenses which may become relevant under a variety of factual scenarios during the discovery phase of litigation.  Furthermore, some of the affirmative defenses provided within the Federal Rules are not dependent on a factual basis. Subject to and without waiving said objections, Responding Party responds as follows: The general facts upon which Defendant has asserted its affirmative defenses are that Defendant admits that Ms. Wiley was called on November 16, 2021 on behalf AFN's Ownings Mills branch. During that call, Ms. Wiley indicated she was interested in AFN's services and requested a call back.  Based on Ms. Wiley's specific request for a call back, she was

ROWE MULLEN LLP

called again that evening.  Responding Party denies Ms. Wiley informed Responding Party that she was on a national do not call list or that she did not want to be contacted. Responding Party further admits that Ms. Wiley was called again in January 2022. Responding Party further asserts that its employees receive as part of their training, education on the TCPA, including how to flag individual potential customers as do-not-call to avoid future contact.  Additionally, Responding Party requires all branches that participate in telephone marketing to purchase "scrubbed" contact lists from approved sources, which have been checked against the National Do-Not-Call List and also provides access to an online subscription to check numbers against the National Do-Not-Call List to prevent contacting persons registered for that list. In addition, at least one lead list vendor provides leads from persons that have consented to being contacted. Responding Party is informed that consent can be verified online through a "unique id" number and irrespective of any registration on the National Do-Not-Call List, Responding Party asserts it makes reasonable and appropriate efforts to avoid contacting person on the National Do-Not-Call list, or any person that has not consented, or has indicated to Responding Party that they do not wish to be contacted. Finally, Plaintiff's phone number was not on a lead list.  Discovery is continuing.

**INTERROGATORY NO. 9:**

Identify what type of consent or permission, if any, you or anyone on your behalf obtained from the other recipients of telemarketing calls identified in response to Interrogatory No. 1 to make telemarketing calls to their telephone numbers prior to making calls to them.

**AMENDED RESPONSE TO INTERROGATORY NO. 9:**

Objection.  *See*, General Objections and Reservations.  Further objection is made on the grounds that it requires Responding Party to assume facts not in evidence, namely that consent or permission were required. The Interrogatory is also vague and ambiguous with respect to the phrase "consent or permission" so as to make it

ROWE MULLEN LLP

ROWE MULLEN LLP

1 | impossible to respond to the request without resorting to speculation as to its meaning.

2 | The Interrogatory is also hopelessly overbroad, burdensome and oppressive and seeks

3 | information not relevant to this case nor likely to lead to the discovery of admissible

4 | evidence by attempting to incorporate thousands of phone numbers in the Request.

5 | Subject to and without waiving said objections, Responding Party responds as follows:

6 | at least one lead list vendor provides leads from persons that have consented to contact.

7 | That consent can be verified online through a "unique id" number and irrespective of

8 | any registration on the National Do-Not-Call List.  Discovery is continuing.

9 | **INTERROGATORY NO. 10:**

10 | For each call recipient for whom you contend you had prior consent or

11 | permission, as identified in response to interrogatory no. 9, explain when, how, and

12 | where you obtained consent.  To the extent you contend that prior consent or permission

13 | was obtained through a website, identify the web address of the website, including any

14 | specific consent language on the website and the date such language was added and/or

15 | removed from the website.  To the extent you contend that prior consent or permission

16 | was obtained through a means other than a website, identify any document reflecting the

17 | consent or permission, including any specific consent language on the document.

18 | **AMENDED RESPONSE TO INTERROGATORY NO. 10:**

19 | Objection. *See*, General Objections and Reservations. See also objections to

20 | Interrogatory Nos. 1 and 9. Also, the Interrogatory is vague and ambiguous with respect

21 | to the phrase "prior consent or permission" so as to make it impossible to respond to the

22 | request without resorting to speculation as to its meaning.  The Interrogatory is also

23 | objectionable because it references a definition outside of the Interrogatory, without

24 | providing the definition and/or requires Responding Party to adopt Plaintiff's definition

25 | of "telemarketing" despite Responding Party's contention that Ms. Wiley requested at

26 | least one call to her cell phone from Responding Party. Additional objection is made on

27 | the basis the Interrogatory lacks foundation and calls for a legal conclusion. The

28 |

1  Interrogatory is also hopelessly overbroad, burdensome and compound, containing no
2  less than 7 subparts which puts the total number of interrogatories, including subparts,
3  above 25, without leave of court or stipulation by the parties.  The Request is
4  burdensome and oppressive by attempting to incorporate thousands of phone numbers in
5  the Request. Further objection is made on the grounds that it requires Responding Party
6  to assume facts not in evidence, namely that consent or permission were required. The
7  Interrogatory is also objectionable to the extent the Request violates third-party privacy
8  rights.  Additional objection is made to the extent that the Request seeks information
9  available from  third-parties. Subject to and without waiving said objections,
10 Responding Party responds as follows: at least one lead list vendor provides leads from
11 persons that have consented to contact. That  consent can be verified online through a
12 "unique id" number and irrespective of any registration on the National Do-Not-Call
13 List.

14 Dated:  April 25, 2023                    **ROWE │ MULLEN LLP**
                                          _____/s/ James S. Brasher_____
15                                          Martin Mullen
16                                          James S. Brasher
17                                          George Gonzalez
                                          Attorneys for Defendant
18                                          AMERICAN FINANCIAL NETWORK, INC.
19
20
21
22
23
24
25
26
27
28

ROWE MULLEN LLP

**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES**
**Case No. 8:22-cv-00244-CJC-DFM**

# EXHIBIT 2

# GIANTPARTNERS

# INVOICE

*1461 Lawrence Drive, Thousand Oaks CA 91320*
*(805) 267-1575*

| Invoice # | Date |
|---|---|
| 232601 | August 26, 2021 |

**Customer Address:**

**American Financial Network**
Charles Hobbs
90 Painters Mill Rd # 210
Owings Mills, MD 21117

**Shipping Address:**

**American Financial Network**
Charles Hobbs
90 Painters Mill Rd # 210
Owings Mills, MD 21117

| Payment Terms | Payment Due | Ship Method | Sales Rep |
|---|---|---|---|
| Prepayment | 0.00 | ListGiant.com | Brad Lober |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 125,000 | **List**<br>US Consumer Masterfile<br><br>Geography: Nationwide<br>List On Output: Name, Address, City, State, Zip, , Landline,<br>Estimated Age, Mortgage Amount, Loan Type,<br>Selects: B2C Consumer DB<br>Mortgage Date: 12 Months or Older<br>Mortgage Amount: $200,000 & Above<br>Recent Loan Type: FHA<br>Estimated Age: 59 & and Younger<br>Non-DNC<br>Offer Description: Mortgage Services<br>Phones: 100% Phones<br>Phone Type: Landlines Only<br>Emails: No Emails<br>Email Validation: NA<br>Email Validation Type: NA<br>Delivery File Format: CSV | $0.018 | 2,250.00 |
| 150,000 | **List**<br>US Consumer Masterfile<br><br>Geography: Nationwide<br>List On Output: Name, Address, City, State, Zip, Landline,<br>Mortgage Amount, Loan Type,<br>Selects: B2C Consumer DB<br>Mortgage Date: 12 Months or Older<br>Mortgage Amount: $200,000 & Above<br>Recent Loan Type: VA<br>Non-DNC<br>Offer Description: Mortgage Services<br>Phones: 100% Phones<br>Phone Type: Landlines Only<br>Emails: No Emails<br>Email Validation: No<br>Email Validation Type: NA<br>Delivery File Format: CSV | $0.018 | 2,700.00 |
| 1 | **Discount**<br>Replacement Data | $-450.00 | -450.00 |

AFN-06473

Client has requested data related to telephone numbers on a state or federal Do-Not-Call registry (DNC). Client has researched the TCPA and other DNC rules and will only use the data in strict compliance with the law, such as when Client has proper consent or other sufficient exemptions. Client assumes all risks related to contacting numbers on the DNC and agrees that Giant Partners cannot ensure the compliance of Client's campaigns. Giant Partners will not be held liable for Client's compliance mistakes and Client will indemnify Giant Partners in the event Giant Partners incurs any loss related to Client's conduct. Client has requested wireless telephone number data. Client has researched the TCPA and other wireless calling rules and will only use the data in strict compliance with the law, such as when Client has proper consent or other sufficient exemptions. Client assumes all risks related to contacting wireless phones and agrees that Giant Partners cannot ensure the compliance of Client's campaigns. Giant Partners will not be held liable for Client's compliance mistakes and Client will indemnify Giant Partners in the event Giant Partners incurs any loss related to Client's conduct.

| | |
|---|---|
| **Total** | $4,500.00 |
| Aug 26, 2021 Credit Card | - $4,500.00 |
| **Remaining Balance** | **$0.00** |

The terms and conditions of this invoice may be viewed at          http://paymentgiant.com/terms/archive/termsandconditions_20211007.html.

**Thank you for your business.**

CONFIDENTIAL

AFN-06474

# GIANTPARTNERS

# INVOICE

*1461 Lawrence Drive, Thousand Oaks CA 91320*
*(805) 267-1575*

| Invoice # | Date |
|-----------|------|
| 233093 | September 28, 2021 |

**Customer Address:**

**American Financial Network**
Charles Hobbs
90 Painters Mill Rd # 210
Owings Mills, MD 21117

**Shipping Address:**

**American Financial Network**
Charles Hobbs
90 Painters Mill Rd # 210
Owings Mills, MD 21117

| Payment Terms | Payment Due | Ship Method | Sales Rep |
|---------------|-------------|-------------|-----------|
| Prepayment | 0.00 | ListGiant.com | Brad Lober |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 500,000 | **List**<br>US Consumer Masterfile<br><br>Geography: Nationwide<br>List On Output: Name, Address, City, State, Zip, Phone,<br>Estimated Age, Mortgage Amount, Loan Type,<br>Selects: B2C Consumer DB<br>Mortgage Date: 12 Months or Older<br>Mortgage Amount: $200,000 & Above<br>Recent Loan Type: FHA<br>Estimated Age: 59 & and Younger<br>Non-DNC<br>Offer Description: Mortgage Services - Suppression against<br>previous orders - No Duplicates.<br>Phones: 100% Phones<br>Phone Type: NA<br>Emails: No Emails<br>Email Validation: NA<br>Email Validation Type: NA<br>Delivery File Format: CSV | $0.009 | 4,500.00 |
| 500,000 | **List**<br>US Consumer Masterfile<br><br>Geography: Nationwide<br>List On Output: Name, Address, City, State, Zip, Phone,<br>Estimated Age, Mortgage Amount, Loan Type,<br>Selects: B2C Consumer DB<br>Mortgage Date: 12 Months or Older<br>Mortgage Amount: $200,000 & Above<br>Recent Loan Type: VA<br>Non-DNC<br>Offer Description: Mortgage Services - Suppression against<br>previous orders - No Duplicates.<br>Phones: 100% Phones<br>Phone Type: NA<br>Emails: No Emails<br>Email Validation: No<br>Email Validation Type: NA<br>Delivery File Format: CSV | $0.009 | 4,500.00 |
| 1 | **Discount**<br>September Promo | $-1,000.00 | -1,000.00 |

AFN-06475

Client has requested data related to telephone numbers on a state or federal Do-Not-Call registry (DNC). Client has researched the TCPA and other DNC rules and will only use the data in strict compliance with the law, such as when Client has proper consent or other sufficient exemptions. Client assumes all risks related to contacting numbers on the DNC and agrees that Giant Partners cannot ensure the compliance of Client's campaigns. Giant Partners will not be held liable for Client's compliance mistakes and Client will indemnify Giant Partners in the event Giant Partners incurs any loss related to Client's conduct. Client has requested wireless telephone number data. Client has researched the TCPA and other wireless calling rules and will only use the data in strict compliance with the law, such as when Client has proper consent or other sufficient exemptions. Client assumes all risks related to contacting wireless phones and agrees that Giant Partners cannot ensure the compliance of Client's campaigns. Giant Partners will not be held liable for Client's compliance mistakes and Client will indemnify Giant Partners in the event Giant Partners incurs any loss related to Client's conduct.

| | |
|---|---|
| **Total** | $8,000.00 |
| Sep 28, 2021 Credit Card | - $8,000.00 |
| **Remaining Balance** | **$0.00** |

The terms and conditions of this invoice may be viewed at http://paymentgiant.com/terms/archive/termsandconditions_20211007.html.

**Thank you for your business.**

CONFIDENTIAL

# GIANTPARTNERS

# INVOICE

*1461 Lawrence Drive, Thousand Oaks CA 91320*
*(805) 267-1575*

| Invoice # | Date |
|---|---|
| 232828 | September 14, 2021 |

**Customer Address:**

**American Financial Network**
Charles Hobbs
90 Painters Mill Rd # 210
Owings Mills, MD 21117

**Shipping Address:**

**American Financial Network**
Charles Hobbs
90 Painters Mill Rd # 210
Owings Mills, MD 21117

| Payment Terms | Payment Due | Ship Method | Sales Rep |
|---|---|---|---|
| Prepayment | 0.00 | ListGiant.com | Brad Lober |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 500,000 | **List**<br>US Consumer Masterfile<br><br>Geography: Nationwide<br>List On Output: Name, Address, City, State, Zip, , Landline,<br>Estimated Age, Mortgage Amount, Loan Type,<br>Selects: B2C Consumer DB<br>Mortgage Date: 12 Months or Older<br>Mortgage Amount: $200,000 & Above<br>Recent Loan Type: FHA<br>Estimated Age: 59 & and Younger<br>Non-DNC<br>Offer Description: Mortgage Services<br>Phones: 100% Phones<br>Phone Type: Landlines Only<br>Emails: No Emails<br>Email Validation: NA<br>Email Validation Type: NA<br>Delivery File Format: CSV | **$0.009** | 4,500.00 |
| 500,000 | **List**<br>US Consumer Masterfile<br><br>Geography: Nationwide<br>List On Output: Name, Address, City, State, Zip, Landline,<br>Mortgage Amount, Loan Type,<br>Selects: B2C Consumer DB<br>Mortgage Date: 12 Months or Older<br>Mortgage Amount: $200,000 & Above<br>Recent Loan Type: VA<br>Non-DNC<br>Offer Description: Mortgage Services<br>Phones: 100% Phones<br>Phone Type: Landlines Only<br>Emails: No Emails<br>Email Validation: No<br>Email Validation Type: NA<br>Delivery File Format: CSV | **$0.009** | 4,500.00 |
| 1 | **Discount**<br>September Promo | **$-1,000.00** | -1,000.00 |

CONFIDENTIAL

AFN-06477

Client has requested data related to telephone numbers on a state or federal Do-Not-Call registry (DNC). Client has researched the TCPA and other DNC rules and will only use the data in strict compliance with the law, such as when Client has proper consent or other sufficient exemptions. Client assumes all risks related to contacting numbers on the DNC and agrees that Giant Partners cannot ensure the compliance of Client's campaigns. Giant Partners will not be held liable for Client's compliance mistakes and Client will indemnify Giant Partners in the event Giant Partners incurs any loss related to Client's conduct. Client has requested wireless telephone number data. Client has researched the TCPA and other wireless calling rules and will only use the data in strict compliance with the law, such as when Client has proper consent or other sufficient exemptions. Client assumes all risks related to contacting wireless phones and agrees that Giant Partners cannot ensure the compliance of Client's campaigns. Giant Partners will not be held liable for Client's compliance mistakes and Client will indemnify Giant Partners in the event Giant Partners incurs any loss related to Client's conduct.

| | | |
|---|---|---|
| **Total** | | $8,000.00 |
| Sep 14, 2021 Credit Card | | - $8,000.00 |
| **Remaining Balance** | | **$0.00** |

The terms and conditions of this invoice may be viewed at        http://paymentgiant.com/terms/archive/termsandconditions_20211007.html.

## Thank you for your business.

CONFIDENTIAL

AFN-06478

# EXHIBIT 3



Home › Press Releases › iLeads.com and Jornaya Announce Data Partnership

# iLeads.com and Jornaya Announce Data Partnership

🕐 March 5, 2018   👤 Jornaya

iLeads.com and Jornaya are excited to announce a data partnership to help improve lead quality and performance for the mortgage industry.

## Other Content In This Stream

NEXT ARTICLE



Hey there 👋 want to learn more about our solutions? I can help!

CONFIDENTIAL

AFN-06521

# EXHIBIT 4




LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

**LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

**Lead Type: March Revived mortgage file, opportunity only**

**Territory: all 50 states**

**Other Sorts: VA, $250K min loan amount**

**Delivery Email: chobbs@afncorp.com**

**WARRANTY/RETURNS**: As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success.  The Service is sold "AS IS" with no return policy.  As such, the charge is non-refundable.

**FEES**: Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

**SINGLE TRANSACTION FEE:**

Total Leads: 1,957      Fee per Lead: $1.25      **Total: $2,446.25**

**TERM**: This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS**: Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only.  Client may not resell, relicense or redistribute the Service in whole or part.  All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES**:   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads).  You agree to defend and indemnify iLeads its employees and agents

CONFIDENTIAL                            AFN-06497

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement.  The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE**:  The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information".  As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION**:  This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction.  You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS**:  At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING**:  The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

This not a guaranteed order of Revive Data.  Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion.  No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By:_____<br>Authorized Signature | By:_____<br>Authorized Signature |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

**LeadXL Agreement**

## Credit Card Payment Authorization Form

Sign and complete this form to authorize iLEADS.COM, LLC to make debit/charge to your credit card as listed below for the Fees as listed on this LeadXL Sales Agreement.

**Please complete the information below:**

I _____ authorize iLEADS.COM, LLC to charge my credit card account indicated below

for the amount of **$2,446.25**

Account Type:  ☐ Visa        ☐ MasterCard        ☐ AMEX        ☐ Discover

Cardholder Name _____

Account Number _____

Expiration Date      _____

CV2 Code            _____

Billing Address _____    Phone#_____

City, State, Zip _____    Email    _____

SIGNATURE _____    DATE _____

I certify that I am an authorized use of this credit card and that I hereby authorize iLeads.com, LLC. to charge/draft the amount listed above for payment for the Service(s) and Fees listed on this Agreement.  **NO CASH OR CREDIT CARD REFUNDS** on charges/drafts will be issued.

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660    www.iLeads.com    Tel: (877) 245.3237    Fax: (949) 640.8307

CONFIDENTIAL                                    AFN-06499

 

**LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
AND American Financial Network ("Client")**

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

**LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

**Lead Type: Revived mortgage file, opportunity only**

**Territory: all 50 states**

**Other Sorts: FHA, $250K min loan amount**

**Delivery Email: chobbs@afncorp.com**

**WARRANTY/RETURNS**: As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success.  The Service is sold "AS IS" with no return policy.  As such, the charge is non-refundable.

**FEES**: Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

**SINGLE TRANSACTION FEE:**

Total Leads: 23,521    Fee per Lead: $0.30    **Total: $7,056.30**

**TERM**: This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS**: Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only.  Client may not resell, relicense or redistribute the Service in whole or part.  All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES**:   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads).  You agree to defend and indemnify iLeads its employees and agents

CONFIDENTIAL                                        AFN-06500

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement.  The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE**:  The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information".  As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION**:  This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction.  You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS**:  At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING**:  The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

This not a guaranteed order of Revive Data.  Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion.  No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By:_____<br>    Authorized Signature | By:_____<br>    Authorized Signature |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

CONFIDENTIAL                    AFN-06501

**LeadXL Agreement**

**Credit Card Payment Authorization Form**

Sign and complete this form to authorize iLEADS.COM, LLC to make debit/charge to your credit card as listed below for the Fees as listed on this LeadXL Sales Agreement.

---

**Please complete the information below:**

I _____ authorize iLEADS.COM, LLC to charge my credit card account indicated below

for the amount of **$7,056.30**

| | |
|---|---|
| Account Type: ☐ Visa      ☐ MasterCard      ☐ AMEX      ☐ Discover | |
| Cardholder Name _____ | |
| Account Number _____ | |
| Expiration Date    _____ | |
| CV2 Code    _____ | |
| Billing Address _____ | Phone# _____ |
| City, State, Zip _____ | Email _____ |

SIGNATURE _____     DATE _____

I certify that I am an authorized use of this credit card and that I hereby authorize iLeads.com, LLC. to charge/draft the amount listed above for payment for the Service(s) and Fees listed on this Agreement. **NO CASH OR CREDIT CARD REFUNDS** on charges/drafts will be issued.

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660     www.iLeads.com     Tel: (877) 245.3237     Fax: (949) 640.8307

---

CONFIDENTIAL                           AFN-06502

    

LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

> **LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

> **Lead Type: April '21 Revive mortgage file, opportunity only**
>
> **Territory: all 50 states**
>
> **Other Sorts: VA, $200K min loan amount**
>
> **Delivery Email: chobbs@afncorp.com**

**WARRANTY/RETURNS**: As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success.  The Service is sold "AS IS" with no return policy.  As such, the charge is non-refundable.

**FEES**: Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

> **SINGLE TRANSACTION FEE:**
>
> Total Leads: 3,572      Fee per Lead: $1.25    **Total: $4,465.00**

**TERM**: This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS**: Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only.  Client may not resell, relicense or redistribute the Service in whole or part.  All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES**:   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads).  You agree to defend and indemnify iLeads its employees and agents

CONFIDENTIAL                      AFN-06503

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement. The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE**: The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information". As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION**: This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction. You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS**: At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING**: The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

This not a guaranteed order of Revive Data. Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion. No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By:_____<br>      Authorized Signature | By:_____<br>          Authorized Signature |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

CONFIDENTIAL                                AFN-06504

**LeadXL Agreement**

## Credit Card Payment Authorization Form

Sign and complete this form to authorize iLEADS.COM, LLC to make debit/charge to your credit card as listed below for the Fees as listed on this LeadXL Sales Agreement.

---

**Please complete the information below:**

I _____ authorize iLEADS.COM, LLC to charge my credit card account indicated below

for the amount of **$4,465.00**

Account Type: ☐ Visa         ☐ MasterCard         ☐ AMEX         ☐ Discover

Cardholder Name _____

Account Number _____

Expiration Date     _____

CV2 Code     _____

Billing Address _____     Phone#_____

City, State, Zip _____     Email _____

SIGNATURE _____     DATE _____

I certify that I am an authorized use of this credit card and that I hereby authorize iLeads.com, LLC. to charge/draft the amount listed above for payment for the Service(s) and Fees listed on this Agreement. **NO CASH OR CREDIT CARD REFUNDS** on charges/drafts will be issued.

---

CONFIDENTIAL                                        AFN-06505





LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

> **LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

> **Lead Type: March Revived mortgage file, opportunity only**
>
> **Territory: all 50 states**
>
> **Other Sorts: VA, $250K min loan amount**
>
> **Delivery Email: chobbs@afncorp.com**

**WARRANTY/RETURNS**: As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success.  The Service is sold "AS IS" with no return policy.  As such, the charge is non-refundable.

**FEES**: Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

> **SINGLE TRANSACTION FEE:**
>
> Total Leads: 1,957        Fee per Lead: $1.25      **Total: $2,446.25**

**TERM**: This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS**: Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only.  Client may not resell, relicense or redistribute the Service in whole or part.  All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES**:   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads).  You agree to defend and indemnify iLeads its employees and agents

CONFIDENTIAL                     AFN-06506

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement.  The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE**:  The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information".  As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION**:  This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction.  You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS**:  At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING**:  The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

_____

This not a guaranteed order of Revive Data.  Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion.  No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By:_____<br>        Authorized Signature | By:_____<br>            Authorized Signature |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660     www.iLeads.com     Tel: (877) 245.3237     Fax: (949) 640.8307

| LeadXL Agreement | Page 2 of 3 |
|---|---|

CONFIDENTIAL                    AFN-06507

**LeadXL Agreement**

**Credit Card Payment Authorization Form**

Sign and complete this form to authorize iLEADS.COM, LLC to make debit/charge to your credit card as listed below for the Fees as listed on this LeadXL Sales Agreement.

**Please complete the information below:**

I _____ authorize iLEADS.COM, LLC to charge my credit card account indicated below

for the amount of **$2,446.25**

| | |
|---|---|
| Account Type: ☐ Visa          ☐ MasterCard          ☐ AMEX          ☐ Discover | |
| Cardholder Name _____ | |
| Account Number _____ | |
| Expiration Date _____ | |
| CV2 Code _____ | |
| Billing Address _____ | Phone#_____ |
| City, State, Zip _____ | Email _____ |

SIGNATURE _____     DATE _____

I certify that I am an authorized use of this credit card and that I hereby authorize iLeads.com, LLC. to charge/draft the amount listed above for payment for the Service(s) and Fees listed on this Agreement. **NO CASH OR CREDIT CARD REFUNDS** on charges/drafts will be issued.

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660     www.iLeads.com     Tel: (877) 245.3237     Fax: (949) 640.8307

| | |
|---|---|
| LeadXL Agreement | Page 3 of 3 |

<span style="color:red">CONFIDENTIAL</span>          AFN-06508

 

LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

> **LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

> **Lead Type: Revive mortgage file, opportunity only**
>
> **Territory: all 50 states**
>
> **Other Sorts: VA; $175K min loan amount, origination 7/20 – 11/21**
>
> **Delivery Email: chobbs@afncorp.com**

**WARRANTY/RETURNS:** As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success. The Service is sold "AS IS" with no return policy. As such, the charge is non-refundable.

**FEES:** Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

> **SINGLE TRANSACTION FEE:**
>
> Total Leads: 20,483     Fee per Lead: $0.35     **Total: $7,169.05**

**TERM:** This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS:** Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only. Client may not resell, relicense or redistribute the Service in whole or part. All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES:**   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads).  You agree to defend and indemnify iLeads its employees and agents

---

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660     www.iLeads.com     Tel: (877) 245.3237     Fax: (949) 640.8307

| LeadXL Agreement | Page 1 of 3 |
|---|---|

CONFIDENTIAL                     AFN-06509

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement. The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE:** The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information". As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION:** This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction. You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS:** At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING:** The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

---

This not a guaranteed order of Revive Data. Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion. No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By: _____ *Authorized Signature* | By: _____ *Authorized Signature* |
| Name: | Name: JASON CAGLE |
| Title: | Title: COO |
| Date: | Date: 01/07/22 |

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660    www.iLeads.com    Tel: (877) 245.3237    Fax: (949) 640.8307

| LeadXL Agreement | Page 2 of 3 |
|---|---|

CONFIDENTIAL    AFN-06510





### LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
### AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

**LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

**Lead Type: Revived insurance file, opportunity only**

**Territory:** all 50 states

**Other Sorts: VA, $250K min loan amount**

**Delivery Email: chobbs@afncorp.com**

**WARRANTY/RETURNS:** As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success. The Service is sold "AS IS" with no return policy. As such, the charge is non-refundable.

**FEES:** Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

**SINGLE TRANSACTION FEE:**

Total Leads: 23,410     Fee per Lead: $0.30     **Total: $7,023.00**

**TERM:** This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS:** Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only. Client may not resell, relicense or redistribute the Service in whole or part. All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES:** In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads). You agree to defend and indemnify iLeads its employees and agents

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660    www.iLeads.com    Tel: (877) 245.3237    Fax: (949) 640.6307

| LeadXL Agreement | Page 1 of 3 |
|---|---|

CONFIDENTIAL

AFN-06511

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement. The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE:** The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information". As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION:** This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction. You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS:** At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING:** The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

---

This not a guaranteed order of Revive Data. Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion. No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By: _____ Authorized Signature | By: _____ Authorized Signature |
| Name: CHARLES HOBBS | Name: |
| Title: BRANCH MANAGER | Title: |
| Date: 2/23/2021 | Date: |

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660    www.iLeads.com    Tel: (877) 245.3237    Fax: (949) 640 8907

LeadXL Agreement                                                                 Page 2 of 3

**CONFIDENTIAL**                          **AFN-06512**

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement. The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE**: The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information". As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION**: This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction. You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS**: At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING**: The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

---

This not a guaranteed order of Revive Data. Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion. No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By: _____ | By: _____ |
| Authorized Signature | Authorized Signature |
| Name: _Charles R Hobbs_ | Name: |
| Title: _Branch Mgr_ | Title: |
| Date: _6/29/2021_ | Date: |

567 San Nicolas Dr. Suite 180, Newport Beach CA 92660    www.iLeads.com    Tel. (877) 245.3237    Fax (949) 640.8307

| LeadXL Agreement | Page 2 of 3 |
|---|---|

CONFIDENTIAL                    AFN-06513





LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

> **LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

> **Lead Type: Revived mortgage file, opportunity only**
>
> **Territory:** all 50 states
>
> **Other Sorts:** FHA, $200K min loan amount, 3.75% estimated minimum int rate
>
> **Delivery Email:** chobbs@afncorp.com

**WARRANTY/RETURNS**: As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success. The Service is sold "AS IS" with no return policy. As such, the charge is non-refundable.

**FEES**: Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

> **SINGLE TRANSACTION FEE:**
>
> Total Leads: 18,657    Fee per Lead: $0.35    **Total: $6,529.95**

**TERM**: This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS**: Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only. Client may not resell, relicense or redistribute the Service in whole or part. All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES**:   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads).  You agree to defend and indemnify iLeads its employees and agents

| LeadXL Agreement | Page 1 of 3 |
| --- | --- |

CONFIDENTIAL    AFN-06514




## LeadXL SALE AGREEMENT BETWEEN iLeads.com, LLC
## AND American Financial Network ("Client")

Client agrees to accept the Service ("Service") as indicated below and per the following parameters, and represents that he/she/it is licensed and registered as an agent/broker in the territories and for the product types for which the Service will be used now and in the future.

**SERVICE:**

> **LeadXL: Revive Data ("Revive Data"):** iLeads will deliver to Client lead record data per the Parameters below that has been analyzed and appended by iLeads for current loan opportunities as indicated by our revive system. Delivery of lead data shall be in a batch format.

**PARAMETERS:**

> **Lead Type: Revive November '20 file, opp & non-opp**
>
> **Territory: all 50 states**
>
> **Other Sorts: VA, $250K min loan amount**
>
> **Delivery Email:** chobbs@afncorp.com

**WARRANTY/RETURNS:** As the Client is purchasing aged data, the Revive Data is considered marketing and carries no guarantee of lead interest, closing ratio, or sales success. The Service is sold "AS IS" with no return policy. As such, the charge is non-refundable.

**FEES:** Client shall pay iLeads the following Fees, which shall be billed in advance to the credit card as provided and in accordance with the terms and conditions of this Agreement:

> **SINGLE TRANSACTION FEE:**
>
> Total Leads: 5,894    Fee per Lead: $1.25    **Total: $7,367.50**

**TERM:** This is a single, one-time agreement and charge.

**PERMITTED APPLICATIONS:** Client agrees and warrants that the Service shall be used for internal sales and marketing purposes only. Client may not resell, relicense or redistribute the Service in whole or part. All other uses not expressly provided within this paragraph shall be considered prohibited uses. Client agrees and warrants that the Client shall not use any element or component of the Services to create, replace, supplement, or enhance any title, legal, vesting, ownership, or encumbrance report

**LIMITATION OF LIABILITIES/ INDEMNITIES:**   In no event will iLeads, its employees or agents be Liable for any damages or costs, including without limitation any indirect, consequential, special, incidental or punitive damages or lost revenues, lost profits, loss of anticipated business or expenses arising out of, based on, or resulting from this Agreement or your use of the Marketing Program (Leads). You agree to defend and indemnify iLeads its employees and agents

CONFIDENTIAL                      AFN-06515

against any and all claims, losses, liability, costs and expenses (including actual attorneys' fees) arising from any dispute with a Lead or any breach of this Agreement.  The terms of this section shall survive the termination of your relationship with iLeads.

**NON-DISCLOSURE**:  The purpose of this paragraph is to prevent the unauthorized disclosure or use of "Confidential Information".  As used in this Agreement, Confidential Information shall mean information not known by actual or potential competitors of iLeads and which is generally unavailable to the public. Confidential Information shall include trade secrets, developments, designs, inventions, processes, techniques, iLeads' suppliers and vendors and lead generation methods. Client shall keep in strictest confidence and trust all Confidential Information. You shall not, publish or otherwise disclose to others, for their benefit, or to the detriment of iLeads, any of the Confidential Information. You shall take all necessary action to protect the confidentiality of the Confidential Information. You acknowledge and agree that the Marketing Program (Leads) contains proprietary and confidential information that is protected by applicable intellectual property and other laws

**GOVERNING LAW/JURISDICTION**:  This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of California regardless of the law, choice of law, or conflict of laws of any other jurisdiction. You agree to the exercise of personal jurisdiction over you by the federal or state courts in Orange County, California, You further agree any arbitration, legal action or proceeding arising out of or relating to this Agreement must be commenced and take place in Orange County, California.

**COMPLIANCE WITH LAWS**:  At its own expense, Client shall comply with all applicable laws, regulations, rules, ordinances and orders regarding their activities related to this Agreement including but not limited to all Telemarketing, Email Privacy, CAN SPAM, TCPA, and DNC laws.

**UNDERSTANDING**:  The Client understands and agrees that he/she/it is purchasing a marketing program and as such: a). this agreement carries no guarantee of success, and b). all charges/drafts are non-refundable. Your signature below signifies your understanding and acceptance of this agreement in its entirety.

---

This not a guaranteed order of Revive Data.  Acceptance of this order is not complete until iLeads executes this Agreement or delivers the lead record data which it may decline to do at its discretion.  No Fees are due if not accepted.

This Agreement has been duly executed by the Parties as of the Effective Date.

| AFN, Chuck Hobbs ("Client") | iLeads.com, LLC ("iLeads") |
|---|---|
| By: _____ | By: _____ |
| Authorized Signature | Authorized Signature |
| Name: Charles Hobbs | Name: |
| Title: Branch Manager | Title: |
| Date: 12/11/2020 | Date: |

---

CONFIDENTIAL    AFN-06516

# EXHIBIT 5

1   **ROWE | MULLEN LLP**
    Martin Mullen (SBN 137974)
2   James S. Brasher (SBN 171139)
    George A. Gonzalez (SBN 237522)
3   3636 Nobel Drive, Suite 215
    San Diego, California 92122
4   Telephone: (858) 404-9800
    Facsimile: (858) 404-9833
5   Email:    mullen@rowemullen.com
              brasher@rowemullen.com
6             gonzalez@rowemullen.com

7   Attorneys for Defendant
    AMERICAN FINANCIAL NETWORK, INC.
8

9                  UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  **MONA WILEY**, individually          )   Case No. 8:22-cv-00244-CJC-DFM
    and on behalf of all others           )
13  similarly situated,                   )   **DEFENDANT AMERICAN**
                                           )   **FINANCIAL NETWORK, INC.'S**
14              Plaintiff,                 )   **RESPONSES TO FIRST SET OF**
                                           )   **INTERROGATORIES**
15  v.                                     )
                                           )
16  **AMERICAN FINANCIAL**                 )
    **NETWORK, INC.** a California         )
17  company,                              )
                                           )
18              Defendant.                 )
                                           )
19                                         )

20

21  **PROPOUNDING PARTY:**    **Plaintiff MONA WILEY**

22  **RESPONDING PARTY:**     **Defendant AMERICAN FINANCIAL NETWORK,**

23                            **INC.**

24  **SET NO.:**              **ONE**

25       Defendant AMERICAN FINANCIAL NETWORK, INC., by and through its

26  attorneys of record ("Responding Party") hereby provides the following written

27

28
    00261238.DOCX                         1
    **DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S RESPONSES TO FIRST SET OF**
                                **INTERROGATORIES**
                         **Case No. 8:22-cv-00244-CJC-DFM**

ROWE MULLEN LLP

1  response to the First Set of Interrogatories propounded by Plaintiff, MONA WILEY

2  ("Plaintiff") as follows.

3  **PRELIMINARY STATEMENT**

4      Responding Party has not fully completed its discovery in this proceeding, nor its

5  preparation for trial. Accordingly, all responses contained herein are based only upon

6  such information and documents as are presently available to and specifically known to

7  Responding Party and discloses only those contentions that presently occur to

8  Responding Party. Responding Party does not purport to state herein anything more

9  than information and documents known to, discovered by, or appreciated by

10  Responding Party at this time.

11      It is anticipated that further discovery, independent investigation and legal

12  research and analysis will, or may, acquire additional facts and add meaning to known

13  facts, as well as establish new factual conclusions and legal contentions, all of which

14  may lead to substantial additions to, and changes and variations from, the answers and

15  contentions set forth herein.

16      The following responses are given without prejudice to Responding Party's rights

17  to produce evidence of subsequently discovered facts that Responding Party may later

18  recall. Responding Party, accordingly, reserves the right to change any and all

19  responses herein as additional facts are ascertained, analyses are made, legal research is

20  completed and contentions are made. Furthermore, Responding Party will not be

21  precluded from interposing further objections should further objections become known

22  to Responding Party.

23      The responses contained herein are made in a good faith effort to supply as much

24  factual information and as much specification of legal contentions as are presently

25  known, but should in no way be to the prejudice of Responding Party in relation to

26  further discovery, research or analysis.

27

28

ROWE MULLEN LLP

00261238.DOCX

1    The responses contained herein are solely for the purpose of, and in relation to,
2    this proceeding. Each response is given subject to all appropriate objections (including,
3    but not limited to, objections concerning competency, relevancy, materiality, propriety
4    and admissibility) which would require the exclusion of any statement or material
5    contained herein, and such objections and grounds are reserved and may be interposed
6    at the time of the arbitration hearing.

7    Except for facts explicitly admitted herein, no admission of any nature
8    whatsoever is to be implied or inferred. The fact that any request has been answered
9    should not be taken as an admission of a concession of the existence of any facts set
10   forth or assumed by such request, or that such answer constitutes evidence of any facts
11   thus set forth or assumed.

12   These preliminary comments shall apply to each and every response made herein
13   and shall be incorporated by reference as though fully set forth in each response
14   appearing on the following pages.

15   **GENERAL OBJECTIONS AND RESERVATIONS**

16   Responding Party objects to each and every direction, instruction and request to
17   the extent that it imposes any requirement or discovery obligation on Responding Party
18   other than those set forth in the Federal Rules of Civil Procedure and applicable rules of
19   the Court.

20   Responding Party objects to each and every request to the extent that each request
21   seeks information protected by the attorney-client privilege, the attorney work-product
22   privilege, or any other privilege.

23   Responding Party further objects to the extent Propounding Party seeks
24   information protected by the third-parties' rights of privacy. Responding Party also
25   objects to this set of written discovery on the ground that it violates the Federal Rules of
26   Civil Procedure which require that each interrogatory shall be full and complete in and
27   of itself and no preface or instruction shall be included with a set of interrogatories. The

28

ROWE MULLEN LLP

00261238.DOCX

3

**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S RESPONSES TO FIRST SET OF INTERROGATORIES**
Case No. 8:22-cv-00244-CJC-DFM

instant set of written discovery includes an improper preface and instructions, including definitions. Eliminating the improper preface and instructions, including definitions, makes the interrogatory requests vague, ambiguous and unintelligible so as to require speculation as to their meaning. Responding further objects that this set of discovery violates F.R.C.P. Rule 33 by exceeding the total number of written interrogatories, including all discrete subparts that a party may serve on another party absent a stipulation between the parties or leave of court.

These general objections and reservations are incorporated into each and every response contained herein.

## RESPONSES

**INTERROGATORY NO. 1:**

Identify the total number of outbound telemarketing calls made by Defendant or on Defendant's behalf. For each such call, please identify the date, time, content of the call, the maker of the call, the reason the call was made, the telephone number from which the call was made, and the call recipient, including, but not limited to, the call recipient's name, address, telephone number, and email address.

**RESPONSE TO INTERROGATORY NO. 1:**

Objection. *See*, General Objections and Reservations. Also, the Interrogatory is vague and ambiguous as to the phrase "telemarketing calls" and references a definition outside of the Interrogatory, without providing the definition and/or requires Responding Party to adopt Plaintiff's definition of "telemarketing" despite Responding Party's contention that Ms. Wiley requested at least one call to her cell phone from Responding Party. The Interrogatory is further vague and ambiguous because it seeks "the total number of outbound telemarketing calls," but then purports to seek itemized information for each individual call.

ROWE MULLEN LLP

1  Additional objection is made on the basis the Interrogatory lacks foundation and calls
2  for a legal conclusion. The Interrogatory is also hopelessly overbroad, burdensome and
3  compound, containing no less than 10 subparts which puts the total number of
4  interrogatories, including subparts, above 25, without leave of court or stipulation by the
5  parties.  The Interrogatory is also overbroad, burdensome and oppressive in that it
6  purports to seek itemized information for each telemarketing call without limitation to
7  time, subject or branch office. Further objection is made to the extent the Request
8  violates third-party privacy rights.  Subject to and without waiving said objections, and
9  pursuant to F.R.C.P. 33(d), Responding Party concurrently produces in its document
10 response concurrently herewith, the call logs for the AFN numbers 443-383-2506 and
11 443-333-5551.  Discovery is continuing.

12 **INTERROGATORY NO. 2:**

13      Identify how you obtained Plaintiff's telephone number, including, but not
14 limited to, the person(s) from whom you obtained Plaintiff's telephone number, the
15 relationship between you and any person(s) from whom you obtained Plaintiff's
16 telephone number, when you obtained Plaintiff's telephone number, and the reason(s)
17 you obtained Plaintiff's telephone number.

18 **RESPONSE TO INTERROGATORY NO. 2:**

19      Objection.  *See*, General Objections and Reservations. The Interrogatory is also
20 vague and ambiguous, overbroad, burdensome and compound, containing no less than 4
21 subparts which puts the total number of interrogatories, including subparts above 25,
22 without leave of court or stipulation by the parties.  Subject to and without waiving said
23 objections, Responding Party responds as follows:  Responding Party has not been able
24 to ascertain the source of Plaintiff's telephone number. Discovery is continuing.

25 **INTERROGATORY NO. 3:**

26      Identify all vendors involved in making outbound calls promoting your goods and
27 services. This includes, but is not limited to, (a) third parties that you contract with who

28

ROWE MULLEN LLP

1  make telemarketing calls and/or provide leads, and (b) the dialing system platform or
2  provider used to make calls.

3  **RESPONSE TO INTERROGATORY NO. 3:**

4      Objection. *See*, General Objections and Reservations. Also, the Interrogatory is
5  vague and ambiguous as to the phrase "involved in making outbound calls." The
6  Interrogatory is also overbroad, burdensome and compound, containing no less than 3
7  subparts which puts the total number of interrogatories, including subparts, above 25,
8  without leave of court or stipulation by the parties. Subject to and without waiving said
9  objections, Responding Party responds as follows: with respect to the Ownings Mills
10 branch, Listgiant, Xencall and Nextiva

11 **INTERROGATORY NO. 4:**

12     Identify and describe the work of each vendor.

13 **RESPONSE TO INTERROGATORY NO. 4:**

14     Objection. *See*, General Objections and Reservations. Also, the Interrogatory is
15 vague and ambiguous as to the phrase "work of each vendor" The Interrogatory is also
16 overbroad and burdensome. Subject to and without waiving said objections, Responding
17 Party responds as follows: with respect to the Ownings Mills branch, Xencall is the
18 dialer system and software used, Nextiva provides telephone services, Listgiant
19 provides scrubbed contact lists.

20 **INTERROGATORY NO. 5:**

21     Identify by make, model, structure and location the system(s), platform(s), and/or
22 equipment used by you, or any vendor, to contact the Plaintiff.

23 **RESPONSE TO INTERROGATORY NO. 5:**

24     Objection. *See*, General Objections and Reservations. Also, the Interrogatory is
25 vague and ambiguous as to the phrase "structure and location the system(s), platform(s),
26 and/or equipment." The Interrogatory is also overbroad, burdensome and compound

27

28

ROWE MULLEN LLP

containing no less than 4 subparts which puts the total number of interrogatories, including subparts above 25, without leave of court or stipulation by the parties. Subject to and without waiving said objections, Responding Party responds as follows: Ms. Wiley was contacted by cell phone in November 2021 and Xencall was used in January 2022.

**INTERROGATORY NO. 6:**

State all facts in support of any affirmative defenses you have raised.

**RESPONSE TO INTERROGATORY NO. 6:**

Objection. *See*, General Objections and Reservations. Also, the request is vague and ambiguous, overbroad and burdensome by attempting to incorporate an entire pleading in the request making it extremely compound, invasive of attorney-client and work-product privilege and calls for legal conclusions. Responding Party has filed a denial as to most claims asserted in the subject Complaint as it is entitled to do. Responding Party is entitled to use affirmative defenses as a means of preserving all possible defenses on all issues which may be a subject during the discovery phase of litigation. Responding Party has also filed a number of affirmative defenses which may become relevant under a variety of factual scenarios during the discovery phase of litigation. Furthermore, some of the affirmative defenses provided within the Federal Rules are not dependent on a factual basis. Subject to and without waiving said objections, Responding Party responds as follows: The general facts upon which Defendant has asserted its affirmative defenses are that Defendant admits that Ms. Wiley was called on November 16, 2021 on behalf AFN's Ownings Mills branch. During that call, Ms. Wiley indicated she was interested in AFN's services and requested a call back. Based on Ms. Wiley's specific request for a call back, she was called again that evening. Responding Party denies Ms. Wiley informed Responding Party that she was on a national do not call list or that she did not want to be contacted. Responding Party further admits that Ms. Wiley was called again in January 2022.

ROWE MULLEN LLP

00261238.DOCX

7

1  Responding Party further asserts that its employees receive as part of their training,
2  education on the TCPA, including how to flag individual potential customers as do-not-
3  call to avoid future contact.  Additionally, Responding Party requires all branches that
4  participate in telephone marketing to purchase "scrubbed" contact lists from approved
5  sources, which have been checked against the National Do-Not-Call List and also
6  provides access to an online subscription to check numbers against the National Do-
7  Not-Call List to prevent contacting persons registered for that list. Responding Party
8  asserts it makes reasonable and appropriate efforts to avoid contacting person on the
9  National Do-Not-Call list or any person that has indicated to Responding Party that they
10  do not wish to be contacted. Discovery is continuing.

11  **INTERROGATORY NO. 7:**

12      Have you ever received formal or informal complaints concerning telemarketing
13  calls? If so, identify the complaint, the date of the complaint, and person(s) making the
14  complaint, including, but not limited to, the complainant's name, address, telephone
15  number, and email address.

16  **RESPONSE TO INTERROGATORY NO. 7:**

17      Objection. *See*, General Objections and Reservations. Also, the Interrogatory is
18  vague and ambiguous as to the phrase "formal or informal complaints concerning
19  telemarketing calls," The Interrogatory is also overbroad, burdensome and compound,
20  containing no less than 6 subparts which puts the total number of interrogatories,
21  including subparts, above 25, without leave of court or stipulation by the parties.
22  Subject to and without waiving said objections, Responding Party responds as follows:
23  Responding Party is unsure of the meaning of the phrase "complaints concerning
24  telemarketing calls" and therefore is unable to respond to this Interrogatory.

25  **INTERROGATORY NO. 8:**

26      Identify what type of consent or permission, if any, you or anyone on your behalf
27  obtained from Plaintiff to make telemarketing call prior to making calls to Plaintiff.

28

ROWE MULLEN LLP

00261238.DOCX

8

**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S RESPONSES TO FIRST SET OF INTERROGATORIES**
**Case No. 8:22-cv-00244-CJC-DFM**

**RESPONSE TO INTERROGATORY NO. 8:**

Objection. *See*, General Objections and Reservations. Further objection is made on the grounds that it requires Responding Party to assume facts not in evidence, namely that consent or permission was required. The Interrogatory is also vague and ambiguous with respect to the phrase "consent or permission" so as to make it impossible to respond to the request without resorting to speculation as to its meaning. Subject to and without waiving said objections, Responding Party responds as follows: Ms. Wiley gave consent to be called back during the first call in November 2021 when she asked Mr. Dooley to call her later that day.

**INTERROGATORY NO. 9:**

Identify what type of consent or permission, if any, you or anyone on your behalf obtained from the other recipients of telemarketing calls identified in response to Interrogatory No. 1 to make telemarketing calls to their telephone numbers prior to making calls to them.

**RESPONSE TO INTERROGATORY NO. 9:**

Objection. *See*, General Objections and Reservations. Further objection is made on the grounds that it requires Responding Party to assume facts not in evidence, namely that consent or permission were required. The Interrogatory is also vague and ambiguous with respect to the phrase "consent or permission" so as to make it impossible to respond to the request without resorting to speculation as to its meaning. The Interrogatory is also hopelessly overbroad, burdensome and oppressive and seeks information not relevant to this case nor likely to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Responding Party responds as follows:  Responding Party is unsure of the meaning of the phrase "consent or permission" in this context and therefore is unable to respond to the Interrogatory.

**INTERROGATORY NO. 10:**

For each call recipient for whom you contend you had prior consent or

1    permission, as identified in response to interrogatory no. 9, explain when, how, and
2    where you obtained consent.  To the extent you contend that prior consent or permission
3    was obtained through a website, identify the web address of the website, including any
4    specific consent language on the website and the date such language was added and/or
5    removed from the website.  To the extent you contend that prior consent or permission
6    was obtained through a means other than a website, identify any document reflecting the
7    consent or permission, including any specific consent language on the document.

8    **RESPONSE TO INTERROGATORY NO. 10:**

9         Objection.  *See*, General Objections and Reservations. See also objections to
10   Interrogatory Nos. 1 and 9. Also, the Interrogatory is vague and ambiguous with respect
11   to the phrase "prior consent or permission" so as to make it impossible to respond to the
12   request without resorting to speculation as to its meaning.  The Interrogatory is also
13   objectionable because it references a definition outside of the Interrogatory, without
14   providing the definition and/or requires Responding Party to adopt Plaintiff's definition
15   of "telemarketing" despite Responding Party's contention that Ms. Wiley requested at
16   least one call to her cell phone from Responding Party. Additional objection is made on
17   the basis the Interrogatory lacks foundation and calls for a legal conclusion. The
18   Interrogatory is also hopelessly overbroad, burdensome and compound, containing no
19   less than 7 subparts which puts the total number of interrogatories, including subparts,
20   above 25, without leave of court or stipulation by the parties.  Further objection is made
21   on the grounds that it requires Responding Party to assume facts not in evidence,
22   namely that consent or permission were required. The Interrogatory is also
23   objectionable to the extent the Request violates third-party privacy rights.  Subject to
24   and without waiving said objections, Responding Party responds as follows:
25   Responding Party is unable to respond to this Interrogatory for the reasons identified in
26   its response to Interrogatory No. 9.
27   / / /
28

00261238.DOCX
**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S RESPONSES TO FIRST SET OF INTERROGATORIES**
**Case No. 8:22-cv-00244-CJC-DFM**

ROWE MULLEN LLP

**INTERROGATORY NO. 11:**

Identify any policies, procedures, training protocols, practices, or protocols you maintain concerning compliance with the Telephone Consumer Protection Act, including the date(s) any such policies, procedures, education, practices, or protocols went into effect.

**RESPONSE TO INTERROGATORY NO. 11:**

Objection. *See*, General Objections and Reservations. Also, the Interrogatory is vague and ambiguous as to the phrase "procedures, training protocols, practices, or protocols." The Interrogatory is also overbroad, burdensome and compound. Without waiving said objections and pursuant to F.R.C.P. 33(d), Responding Party concurrently produces in its document response concurrently herewith, written policies related to the TCPA. Responding party, also as part of its training of its employees, provides verbal instruction and training on TCPA compliance. Discovery is continuing.

**INTERROGATORY NO. 12:**

Identify (by providing the names, addresses, telephone numbers, places of employment and job titles) all persons who have, claim to have, or whom you believe may have knowledge or information pertaining to any fact alleged in the pleadings (as defined in Federal Rule of Civil Procedure 7(a)) filed in this action or any fact underlying the subject matter of this action, including but not limited to the person who made the calls to Plaintiff.

**RESPONSE TO INTERROGATORY NO. 12:**

Objection. See, General Objections and Reservations. Additionally, the Interrogatory seeks the confidential opinions, work product, findings, information or communications of Plaintiffs' attorneys and/or their consultants. Additionally, it seeks the confidential opinions, work product, findings, information or communications of Plaintiffs' and attorneys and/or their consultants. The Interrogatory also calls for speculation. The Interrogatory is also hopelessly overbroad, burdensome and

ROWE MULLEN LLP

00261238.DOCX

11

1  compound, containing no less than 6 subparts which puts the total number of

2  interrogatories, including subparts, above 25, without leave of court or stipulation by the

3  parties.  Subject to and without waiving said objections, Responding Party responds as

4  follows: Plaintiff, Dylan Dooley, Victoria Hughes and Charles Hobbs have knowledge

5  as to the person that made a call to the Plaintiff.

6  **INTERROGATORY NO. 13:**

7      State the specific nature and substance of the knowledge that you believe the

8  persons identified in the response to Interrogatory No. 12 may have.

9  **RESPONSE TO INTERROGATORY NO. 13:**

10     Objection.  See, General Objections and Reservations.  Additionally, the

11  Interrogatory seeks the confidential opinions, work product, findings, information or

12  communications of Plaintiffs' attorneys and/or their consultants.  Additionally, it seeks

13  the confidential opinions, work product, findings, information or communications of

14  Plaintiffs' and attorneys and/or their consultants.  The Interrogatory also calls for

15  speculation.  Subject to and without waiving said objections, Responding Party responds

16  as follows: Ms. Wiley was called on November 16, 2021 on behalf AFN's Ownings

17  Mills branch.  During that call, Ms. Wiley indicated she was interested in AFN's

18  services and requested a call back.  Based on Ms. Wiley's specific request for a call

19  back, she was called again that evening.  Responding Party denies Ms. Wiley informed

20  Responding Party that she was on a national do not call list or that she did not want  to

21  be contacted.  Ms. Wiley was called again in January 2022. Responding Party is

22  unaware at this time what discussions occurred during that call.  Discovery is

23  continuing.

24  Dated:  September 16, 2022

                   **ROWE | MULLEN LLP**
                   */s/ James S. Brasher*

25                     Martin Mullen

26                     James S. Brasher

27                     George Gonzalez
                   Attorneys for Defendant

28                     AMERICAN FINANCIAL NETWORK, INC.

ROWE MULLEN LLP

| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| TITLE OF CASE (ABBREVIATED) *Wiley v. American Financial Network, Inc.* | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): James S. Brasher, Esq. (SBN 171139)   Tel. (858) 404-9800 George Gonzalez, Esq. (SBN 237522)   Fax: (858) 404-9833 **ROWE \| MULLEN LLP** 3636 Nobel Drive, Suite 215 San Diego, California 92122 | | |
| ATTORNEYS FOR: Defendant | HEARING DATE – TIME NA | CASE NUMBER: 8:22-cv-00244-CJC-DFM |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 3636 Nobel Drive, Suite 215, San Diego, California 92122.

On September 16, 2022, I served the following documents:

**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

**DEFENDANT AMERICAN FINANCIAL NETWORK, INC.'S RESPONSES TO FIRST SET OF INTERROGATORIES**

I served the documents on the persons below, as follows:

RACHEL E. KAUFMAN
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Email: rachel@kaufmanpa.com

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*Wiley v. AFN*
Case No. 8:22-cv-00244-CJC-DFM

    I declare under penalty of perjury under the laws of these United States, that the above is
true and correct.  Executed on September 16, 2022, at San Diego, California.

                                                    George Gonzalez

# EXHIBIT 6

Edit Script: Conventional Lead

Script name:
Display to:

Conventional Lead
Conventional Leads

Styles · Format · Font · Size · A· ⌷· I<sub>x</sub>

**B** *I* U S ≡ ≡ ≡ ≡ | ⅛ ⅜ ⟨ ⟩ | ⟵ ⟶ | ≔ ≔ ≔ ⊞ | x₂ x²

(If not interested in cash out, ask them if their interest rate is still above a 4%. If it is, pitch the streamline. Lower your rate, lower your payment, and skip the next 2 payments.)

I have your current balance at about ____ (current balance on lead) ____, is that correct or is it alittle lower?

Ok and your value has gone all the way up to ____ (click zillow) ____, sound about right?

So my job is just to show you what your total payment would look like with taking some cash out & I dont need any sensitive or personal info to do that. Just a rough estimate of your monthly payment & a ballpark number of your annual income. What's your total payment look like round-about?

Ok, and if we were to show you what your payment would look like with some cash, what amount would you be curious about? 30k? 50k?

And what does your annual income look like roughly?

And estimate of your credit score? 600's, 700's?

Ok, great. That's all the info I need, give me one second while I have my partner pull up a ratesheet to see what the total payment looks like and see if it makes any sense, hold on....

*****TRANSFER CALL, MAKE SMALL TALK OR CONTINUE ASKING QUESTIONS WHILE IT RINGS*****

CONFIDENTIAL

AFN-06479

**Hi Mr/Mrs (Last Name)** this is (User.Name) I am a benefits specialist with The AFN. How are you?

*Good to hear,*

So we tried reaching out a few months back because the property values in _____(city name)_____ had substantially increased this past year. We made a note to give you a call when you could take 30-60k or more out and significantly lower your monthly expenses, as well as skip the next two mortgage payments.

(If not interested in cash out, ask them if their interest rate is still above a 4%. If it is, pitch the streamline. Lower your rate, lower your payment, and skip the next 2 payments.)

I have your current balance at about _____(current balance on lead)_____ , is that correct or is it alittle lower?

Ok and your value has gone all the way up to _____(click zillow)_____, sound about right?

So my job is just to show you what your total payment would look like with taking some cash out & I dont need any sensitive or personal info to do that. Just a rough estimate of your monthly payment & a ballpark number of your annual income. What's your total payment look like round-about?

Ok, and if we were to show you what your payment would look like with some cash, what amount would you be curious about? 30k? 50k?

And what does your annual income look like roughly?

And estimate of your credit score? 600's, 700's?

Ok, great. That's all the info I need, give me one second while I have my partner pull up a ratesheet to see what the total payment looks like and see if it makes any sense, hold on....

*****TRANSFER CALL, MAKE SMALL TALK OR CONTINUE ASKING QUESTIONS WHILE IT RINGS*****

CONFIDENTIAL

AFN-06480

*Hi Mr/Mrs (Last Name) this is (User Name) calling from the Veteran's Outreach Department at AFN. How are you?*

*Good to hear,*

So we tried reaching out a few months back because the property values in _____(city name)_____ had substantially increased this past year. We made a note to give you a call when you could take 30-60k or e out and significantly lower your monthly expenses, as well as skip the next two mortgage payments.

(If not interested in cash out, ask them if their interest rate is still above a 4%. If it is, pitch the streamline. Lower your rate, lower your payment, and skip the next 2 payments.)

I have your current balance at about _____(current balance on lead)_____, is that correct or is it alittle lower?

Ok and your value has gone all the way up to _____(click zillow)_____, sound about right?

So my job is just to show you what your total payment would look like with taking some cash out & I dont need any sensitive or personal info to do that. Just a rough estimate of your monthly payment & a ballpark number of your annual income. What's your total payment look like round-about?

Ok, and if we were to show you what your payment would look like with some cash, what amount would you be curious about? 30k? 50k?

And what does your annual income look like roughly?

And estimate of your credit score? 600's, 700's?

Ok, great. That's all the info I need, give me one second while I have my partner pull up a ratesheet to see what the total payment looks like and see if it makes any sense, hold on....

*****TRANSFER CALL, MAKE SMALL TALK OR CONTINUE ASKING QUESTIONS WHILE IT RINGS*****

CONFIDENTIAL

AFN-06481

# EXHIBIT 7

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

| | |
|---|---|
| **TO:** | CORPORATE SALES & OPERATING |
| **FROM:** | Andy S. Kalyviaris |
| **SUBJECT:** | ADVERTISING POLICY AND PROCEDURES |
| **LAST UPDATE:** | 05/22/2022 |

## TABLE OF CONTENTS

General Advertising Information ..................................................................................3

Business Cards.........................................................................................................4

Company Email.........................................................................................................4

Telemarketing and "Blast" Emailing/Faxing ...........................................................5

Websites and Internet Marketing............................................................................5

Social Media Policy..................................................................................................6

Additionally, the following guidelines should be followed with regard to Social Media: 6

Advertising Minimum Requirements ...........................................................................8

Website Minimum Requirements............................................................................13

Advertising Approval Procedures..........................................................................14

Violation Procedures/ Disciplinary Action ............................................................15

*State Specific Advertising Requirement Matrix* ...................................................16

FEDERAL ADVERTISING.....................................................................................17

Arizona ..................................................................................................................18

California................................................................................................................19

Colorado................................................................................................................20

Florida....................................................................................................................20

Hawaii ...................................................................................................................21

Idaho......................................................................................................................21

Illinois....................................................................................................................22

Maine.....................................................................................................................23

Maryland................................................................................................................23

AFN-00001

# AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM



..........................................................................................24

Minnesota........................................................................24

Montana ..........................................................................24

Nevada.............................................................................25

New...................................................................................26

New Mexico.....................................................................27

Oregon.............................................................................27

Tennessee.........................................................................30

Texas................................................................................30

Utah..................................................................................31

.........................................................................................32

Virgina ............................................................................32

Washington......................................................................33

Wisconsin.........................................................................34

AFN-00002

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

Due to the increased changes and regulations within the real estate and mortgage industries, American Financial Network, Inc. (**"AFN" or the "Company"**) **_requires all new and revised advertising materials to be submitted_** to **Marketing@afncorp.com** for a compliance review and for written approval prior to use in order to ensure such materials meet or exceed compliance with state and federal regulations, as well as Company-specific requirements.

Please review and follow the guidelines referenced herein before submitting advertisement requests to **Marketing@afncorp.com**.

## General Advertising Information

- The Company requires that all Advertisements be truthful and non-deceptive or misleading. AFN expects all employees to act with the highest regard to ethics through truth in advertising, which, in some instances, may require more than merely following the laws. Advertisements <u>cannot</u> be unfair, misleading, or deceptive.

- **_Approval of Commercial Message in Any Medium Required_**: Per Agreement with AFN, Employees agree that AFN must approve, in writing, prior to use all advertising no matter the format including, but not limited to:
  - <u>Written</u>
    - postcards, letters, flyers, brochures, press release, promotional items, advertisement via newspaper, magazine, phonebooks
  - <u>Oral</u>
    - radio ads, radio station guest, tradeshow presentation
  - <u>Video</u>

AFN-00003

## AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

- television commercial, recorded events
  - o <u>World wide web</u>
    - websites, blogs
  - o <u>Social media</u>
    - Facebook, Twitter, LinkedIn
  - o <u>Electronic transmissions</u>
    - cellphone application, e-newsletter

- An advertisement can be a commercial message in any medium that promotes, directly or indirectly, a credit transaction, such as a residential mortgage loan transaction or loan brokerage agreement.

- Advertisements must contain all applicable, required disclosures. The Company adopted this Advertising Policy and Procedures (the "Policy") to establish written Company advertising and marketing standards to meet the requirements of applicable federal and state rules and regulations including Agency guidelines.

- 

- Since the law lives, breathes, and changes often, AFN requires that you submit ALL advertisements, including previously approved advertisements, prior to any distribution or new release.

- State and federal regulations require AFN to keep copies of all advertisements at the branch for a <u>minimum of 24 months</u>. *Note: Some states may require longer (3-5 year) timeframes please consult the Company's Chief Compliance Officer for state-specific requirements.*

## Business Cards

- Employees must order business cards through WebTrac for compliance of approved business card designs. Employees are not permitted to order business cards by any other means without prior written approval by the Company's Chief Compliance Officer. Business cards must contain the employee's name as it appears on all applicable licenses, as well as the employee's license number and unique mortgage loan originator ("MLO") Nationwide Mortgage Licensing System & Registry ("NMLS") identifier.

## Company Email

## AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

- AFN requires employees to conduct all Company-related email communication through a Company-issued email address.   Employees are not permitted to use any unapproved domains or personal email addresses for Company business.  Company-approved email addresses include @afncorp.com and/or @afnwholesale.com. When you are sending out emails to customers and prospective customers, you are advertising yourself and representing AFN.

-

## Telemarketing and "Blast" Emailing/Faxing

- All telemarketing scripts must comply with this Policy and applicable federal and state rules and regulations.   Before implementation of any telephonic campaign, the Company must confirm that telephone numbers are scrubbed against the National Do Not Call list and any applicable state-specific Do Not Call lists.

- Employees may **NOT PERFORM ANY** random telemarketing or unsolicited faxes/emails.  **No exceptions to this rule!**  AFN, however, may approve legally purchased Do-Not-Call (DNC) list scrubbed leads for solicitation from reputable marketing companies.  Requests for approval must be submitted to the marketing department for legal review.

- The Federal government and most states regulate telemarketing.   Collectively, the Federal Trade Commission, Federal Communications Commission, State Regulations, States Attorney Generals, Public Utilities Commissions and Public Services Commissions *HEAVILY* regulate Telemarketing and Unsolicited Faxing/Emailing (CA maintains 25 separate state, county, and city consumer protection agencies with various rules).   The Telephone and Consumer Fraud Abuse Prevention Act and Telephone Consumer Protection Act (TCPA) permit sanctions, including disconnection of the utilities, $500 per wrongful contact or $1,500 per knowing, wrongful contact, and possibly more if consumers prove damages.

- NO Prerecorded Messages or Auto-Dialers without Live Voice Introduction: Recently, the TCPA required companies to conform to the new FTC rules, including that a telemarketer cannot place calls to residences absent "express consent" for such calls. Certain states, for example – California, require that a live voice must provide the name, address, and telephone number of the business, and then ask permission to play the pre-recorded message.

## Websites and Internet Marketing

- Before publishing a website or internet solicitation, you must submit the static site for approval of the content.

AFN-00005

## AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

## Social Media Policy

In general, what an AFN employee does on their own time is a personal decision. However, activities in or outside of work that affect job performance, the performance of others, or AFN's business interests are a proper focus for AFN policy. AFN's Internet and Social Media Policy is intended to assist employees in making appropriate decisions about work-related blogging and the contents of blogs, personal Web sites, postings on wikis and other interactive sites, postings on video or picture sharing sites, or in comments made online on blogs, elsewhere on the public Internet, and in responding to comments from posters either publicly or via email.

These policies assist AFN employees in creating and maintaining a respectful and knowledgeable interaction with others on the Internet. Furthermore, this protects the privacy, confidentiality, and interests of AFN.

AFN's Internet and Social Media Policy are not meant to infringe upon an employee's personal interaction or commentary online. Regardless, all employees must determine the potential impact that "personal" interactions may have upon AFN and its customers, vendors, and other stakeholders. Ultimately, employees are held accountable for ensuring that interaction is appropriate and consistent with this policy.

Social Media can be a form of solicitation and/or advertisement. As such, Social Media when used for business purposes must contain all applicable and required disclosures and must abide by the guidelines outlined in this Policy. Before posting and/or publishing any Company-related information on Social Media all proposed postings must be submitted to **Marketing@afncorp.com** for a compliance review and for written approval. This includes merely posting and/or publishing an employee's affiliation with the Company and/or the employee's NMLS Unique Identifier.

Additionally, the following guidelines should be followed with regard to Social Media:

- Each AFN employee is personally responsible for the content he or she publishes on any form of social media. All posts should be transparent and identify the true source of the post. Be thoughtful about how you present yourself and AFN in online social networks.

- An AFN employee DOES NOT have permission to reveal any information that compromises AFN policy or public positions, i.e., do not share information that is proprietary and/or confidential to AFN. For example, do not disclose any customer and vendor information that is not publicly available. Privacy requirements must be strictly adhered to; the Company and its employees may

AFN-00006

not publish or post any nonpublic personal information about a consumer or prospective consumer online.

▪ If an AFN employee comments on any aspect of AFN's business or any policy issue in which AFN is involved, the employee must clearly identify himself/herself as an AFN employee on the blog site or internet posting and include a disclaimer that the views are not those of AFN.

▪ Do not share information that is confidential and proprietary about AFN or its customers, such as daily rates without the minimum information stated in this Policy.

▪ AFN logo and trademarks may not be used without explicit permission in writing from AFN in order to prevent the appearance that an AFN employee speaks for or represents the Company officially.

▪ Speak respectfully about AFN and its current and potential customers, partners, competitors and stakeholders. Do not engage in name calling, profanity or behavior that reflects negatively on AFN's reputation.

▪ Obey the law; consider all compliance requirements, such as licensing disclosures and fair lending concerns prior to publishing. An AFN employee may be subject to legal liability if posts are found defamatory, harassing or in violation of any applicable laws or if posts include confidential or copyrighted information belonging to third parties.

▪ Refrain from using any logos, images, copyrights, trademarks, music, videos, text, rights of publicity and/or other third party rights without express written permission.

▪ AFN encourages its employees to write knowledgeably, accurately, and use appropriate professionalism. Despite disclaimers, employee Web interaction can result in members of the public forming opinions about AFN and its employees, partners, and products.

▪ Honor the privacy rights of AFN's current employees by seeking their permission before writing about or displaying internal Company happenings that might be considered a breach of their privacy and confidentiality.

▪ Employees are legally liable for anything written or presented online. Employees can be disciplined by AFN for commentary, content, or images that are defamatory, pornographic, proprietary, harassing or libelous and creates a hostile work environment. In addition, employees can also be sued by AFN's employees, competitors, and any individual or company that views an employee's

AFN-00007

AMERICAN FINANCIAL NETWORK INC.

FINANCING THE AMERICAN DREAM

commentary, content, or images as defamatory, pornographic, proprietary, harassing, libelous or creating a hostile work environment.

- Make sure online activities do not interfere with job performance.

- AFN shall not be liable, under any circumstances, for any errors, omissions, loss or damages claimed or incurred due to any Internet or Social Media postings made by AFN employees.  AFN reserves the right to suspend, modify or withdraw this Internet and Social Media Policy.

- Violation of AFN's Internet and Social Media Policy may result in disciplinary action up to and including termination.

- Upon resignation or termination, employees must immediately update and/or remove all material affiliating the employee with the Company.

## Advertising Minimum Requirements

Any and all advertisements disseminated and/or published on behalf of the Company or any Branch Office or employee in any medium whatsoever shall include the following required components:

1. **Name and Contact Information.**   All advertisements must clearly and conspicuously display the Company's name, "American Financial Network, Inc.," and the Company Corporate Office address or a licensed Branch Office, if applicable.  If a Loan Officer is listed on the advertisement, the address displayed must be the office address that the Loan Officer is associated with and approved to do business out of in NMLS.  Advertisements must also contain a Company telephone number.  A Company toll-free number must be provided in television and radio advertisements, but the Company recommends listing a toll-free telephone number option on all advertisements.   Advertisements may contain a Company-provided email address for any licensed Loan Officer listed on the advertisement.

2. **NMLS Unique Identifier.**  All advertisements must contain the Company's NMLS Unique Identifier, which must be clearly and conspicuously displayed. If the advertisement contains a Branch Office address the Branch Office NMLS Unique Identifier must also be clearly and conspicuously displayed on the advertisement in close proximity to the Branch Office address. If the advertisement references an individual Loan Officer or multiple Loan Officers by name, the NMLS Unique Identifier

AFN-00008

AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

of each Loan Officer named must also be clearly and conspicuously displayed on the advertisement in close proximity to the relevant Loan Officer's name.

3. **Licensing Information.** All advertisements must include reference to the Company's applicable licensing information for each state in which the advertisement is to be disseminated and/or published. Certain regulatory agencies require specific language. The Company's Chief Compliance Officer must review all advertisements prior to use and will provide any requisite licensing language for the advertisement.

4. **Equal Housing Lender and Non-discrimination.** Advertisements must prominently indicate in a manner appropriate to the advertising medium and format that the Company offers and makes mortgage loans on a non-discriminatory basis. In lieu of a specific statement to this effect, an advertisement may include the Fair Housing Lender logo in visual advertisements and/or may state "Equal Housing Lender" or "Equal Opportunity Lender" in oral advertisements. When the "Equal Housing Lender" logo is used in an advertisement, it should be at least as large as any other logos used in the advertisement.

5. **Corporate Logo**. All advertisements must contain the Company's approved corporate logo in a prominent location.

6. **Mortgage Lender.** You must REFRAIN from any advertising as providing "financial services." Instead, you may indicate that the Company is a Mortgage Lender.

7. **Government or Agency Logos.** Advertisements may not contain the logo of any Government entity, Government agency, or private entity without permission and as required under applicable rules and regulations. Any and all advertisements for a government loan (i.e. FHA, VA, USDA) must include clear and conspicuous language stating that the Company is not affiliated with, nor acting on behalf of or at the direction of the government agency. The Company, and any individual or entity acting on its behalf, is prohibited from representing to the public that a service or product advertised originates from any federal, state, or local government.

Whenever the Company uses a government or Agency logo in an advertisement it must be discreetly displayed. The logo should not be prominently displayed at the top of the page and must be significantly smaller than the Company's corporate logo so as not to give the impression that the Advertisement is from the government or Agency. Further, there must be a disclaimer prominently displayed proximate to the government or Agency logo stating, "American Financial Network, Inc. is not an agent

AFN-00009

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

of [insert applicable Agency name] or the Federal government, and is not acting on behalf of [insert applicable Agency name] or the Federal government."

**8. Advertising Specific Programs/Terms.**  When advertising specific programs or terms, the advertisement must list actual offered rates and terms available at the time of the advertisement.  The advertisement should also indicate that "rates are subject to change at any time."

**9. <u>Truth-in-Lending Act ("TILA") Requirements.</u>**    TILA requires that advertisements provide accurate and balanced information in a clear and conspicuous manner.  Clear and conspicuous standard:
   o  For visual internet ads: Not obscured by graphical displays, shading, coloration or other devices.
   o  For visual television ads: Not obscured by graphical displays, shading, coloration or other devices; disclosures can be read on screen.
   o  For oral ads (radio, TV or other medium): Disclosures are given at a speed and volume to be heard and comprehended.

If an advertisement for credit states specific credit terms, it must state only those terms that actually are or will be arranged or offered by the Company.  An advertisement shall not mention any specific credit terms unless the Company can actually offer those terms to consumers.  The Company requires the retention of sufficient, objective evidence to support claims made in advertisements.  For example, if a specific rate of interest is stated in an advertisement, the Company will retain a copy of the rate sheet reflecting the rate was available at the time of the advertisement.

Any Company advertisement that states a rate of finance charge must state that rate as an "annual percentage rate" using that term or its abbreviation, "APR." If the APR may increase after loan consummation, the advertisement must state this fact. The APR must be based on the inclusion of reasonable fees that a borrower can be expected to be charged.  An advertisement may not state any rate other than an annual percentage rate, except that a simple annual or periodic rate applicable to the unpaid loan balance may be stated in conjunction with, but no more conspicuously than, the annual percentage rate.  The APR must be in close proximity to the interest rate and must be in at least the same size font as the interest rate.  Any interest rate used in an advertisement, must be readily available to a majority of qualified applicants.  Any rates that are not readily available to a majority of qualified applicants must clearly and conspicuously disclose specific restrictions.

TILA also requires that whenever certain terms, known as "triggering terms," are mentioned, the Advertisement must also contain specified additional disclosures.
   If an Advertisement for closed-end credit secured by a dwelling includes a reference to any one or more of the following "triggering" terms …

AFN-00010

AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

:

- Downpayment (Amount or Percentage)
- Number of payments or total period of payments
- Interest Rates or Finance Charge
- Amount of any payment

Then the following must be stated in the advertisement:

- The amount or percentage of down payment;
- The terms of repayment, which reflect repayment obligations over the full term of the loan, including any balloon payment;
- The annual percentage rate, using that term, and, if the rate may be increased after consummation, that fact.

Additionally, the following misleading or deceptive advertising practices are prohibited in connection with closed-end credit secured by a dwelling:

- Stating that rates or payments for loans are "fixed" when those rates or payments can vary without adequately disclosing that the interest rate or payment amounts are "fixed" only for a limited period of time, rather than for the full term of the loan
- Making comparisons between actual or hypothetical credit payments or rates and any payment or rate available under the advertised product that are not available for the full term of the loan, with certain exceptions for advertisements for variable rate products;
- Characterizing the products offered as "government loan programs," "government-supported loans," or otherwise endorsed or sponsored by a federal or state government entity even though the advertised products are not government-supported or -sponsored loans;
- Displaying the name of the consumer's current mortgage lender, unless the Advertisement also prominently discloses that the Advertisement is from a mortgage lender not affiliated with or acting on behalf of the consumer's current lender;
- Making claims of debt elimination if the product advertised would merely replace one debt obligation with another;
- Creating a false impression that the mortgage broker or lender is a "counselor" for the consumer (by using the title "counselor" by other means); and
- In foreign-language Advertisements, providing certain information, such as a low introductory "teaser" rate, in a foreign language, while providing required disclosures only in English.

AFN-00011

AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

If an advertisement for an open-end credit transaction, such as a home equity line of credit ("HELOC") includes a reference to any one or more of the following "triggering" terms …

- The periodic rate used to compute the finance charge or the annual percentage rate;
- A statement of when the finance charge begins to accrue, including any "free ride" period, if any.
- The method of determining the balance on which a finance charge may be imposed;
- The method of determining the finance charge, including a description of how any finance charge other than the periodic rate will be determined; or
- The amount of any charge other than a finance charge that may be imposed as part of the plan

… then the advertisement must also clearly and conspicuously state:

- Any loan fee or other charge that could be imposed for opening the plan;
- Any periodic rate that may be applied, expressed as an annual percentage rate. The term annual percentage rate must be used and, if the plan provides for a variable periodic rate, that fact must be disclosed;
- Any membership or participation fee; and
- For any variable rate plan, the maximum annual percentage rate that may be imposed.

If any advertisement states a minimum periodic payment and a balloon payment may result if only such minimum payments are made, then the advertisement must also state with equal prominence and in close proximity to the advertised minimum periodic payment that: (i) a balloon payment may result, and (ii) the amount and timing of the balloon payment if the consumer makes only the minimum periodic payment for the maximum period of time permitted.

Open-end credit transactions, such as HELOCs, may also not refer to funds from such transaction as "free money" or similar misleading language.

If an advertisement includes a "promotional rate" or "promotional payment," then the advertisement must also clearly and conspicuously disclose with equal prominence and in close proximity to the promotional rate or payment (i) the period of time during which the promotional rate or payment will apply, (ii) the annual percentage rate that will apply to any promotional rate under the plan, and (iii) the amount and time period during which any promotional payments will apply.

AFN-00012

AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

For variable rate plans, payments determined by application of an index to a margin must be disclosed based upon a reasonably current index and margin.

10. **Joint Advertising.** The Company permits joint advertising with other real estate and/or mortgage loans professionals, such as appraisers, title companies, real estate brokers, and builders so long as the advertisements otherwise comply with this Policy and all applicable federal and state rules and regulations. The Company must pre-approve all joint marketing advertisements in writing. Additionally, each party to the advertisement must pay their pro-rata share for the advertisement and advertisements may not include a requirement, whether express or implied, that the consumer utilize any of the co-marketer's services. The advertisement should make clear that the consumer may choose to utilize any product or service offered to the exclusion of any other product or service offered.

## Website Minimum Requirements

In addition to ALL of the above minimum requirements, the following requirements must be met:

- Websites must show and link, with availability on all pages, to the Privacy Policy of American Financial Network, Inc. at the following address: http://www.afncorp.com/PrivacyPolicy.aspx

- Individual Branch License information, including address and phone number, must be displayed or provide a link on all pages, (NOT THE CORPORATE LICENSING INFORMATION).

- ECOA logo must be present on all pages. This must be displayed on the main page, but subsequent pages may simply include a link.

- A notice of non-affiliation (i.e. "You are now leaving the American Financial Network, Inc. website. We neither approve nor disapprove of the content or claims within the website you will now visit. Thank you.") must precede links to third party vendors.

- Although AFN maintains a link on the corporate website, a branch may advertise rates provided they comply with all requirements of this Policy and with Federal and State regulations. Further, the advertisement must contain a disclosure "Rates are subject to change without notice. Rates last updated on MM/DD/YY." If this feature is done by a third party, please inform AFN. AFN may deem minimal updating of rate information on a regular basis as misleading and request rates to be removed from your website.

AFN-00013

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

## Advertising Approval Procedures

When including or linking AFN's name to any form of advertisement, whether inducing or not inducing new clients, when holding AFN's name to a public image, the procedures listed below must be followed.

1. Any material meeting the definition above for advertising or marketing material must be submitted for a Compliance Review and for written approval prior to use.

A request for review of the material should be submitted to Marketing@afncorp.com via e-mail as an attachment in WORD (.doc or .docx), ACROBAT READER (.pdf) for written advertisement, and as a .WAV, or .MP3 format for audio or .AVI, WMV, .MOV, or .MP4 format for video.  Within the email, either include the attached advertising request or the following information:

   a. Current branch license # & MLO unique identifier to advertise in a given state(s).
   b. Identification of the material (name the document).
   c. The intended distribution plan (where do you plan to publish the information?).
   d. If you plan to publish through a medium with a reasonably large geographical distribution (example: publishing will cover more than one area or state), you must identify the geographical area to be covered for proper disclosures.
   e. How long will the material be available to the public, marketing partners, or others?
   f. A static copy of the material. For web sites, include a copy of all pages (including all pages for any and all links from the site).
   g. The name and phone number of any marketing, telemarketing, or advertising entity assisting with the publication of the material.
   h. An officer or Branch Manager must approve all advertisements prior to sending for a Compliance Review.

2. Send in your materials **at least two weeks prior to release.** This will give us time for revisions if needed once reviewed. Anything submitted less than two weeks may not be looked at on time.  You will not permitted to use or distribute material that has not been reviewed and approved in writing by the Compliance Department.
3. If necessary, the Branch must submit a final corrected version of material for final review and approval prior to publication.
4. Upon receiving written approval from an officer of American Financial Network, Inc. or the Legal Department, AFN permit's you to publish or post advertising material.  *Note: Retain the written approval for your records.*

AFN-00014

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

## Violation Procedures/ Disciplinary Action

Should AFN discover any unauthorized advertisements, AFN may notify the Branch Manager and any parties involved via email or phone.  Disciplinary action may vary depending on the severity of the offense.  Penalties may include, but may not limited to the following:

- Verbal reminder – violators' immediate Manager may be required to meet with the employee to discuss the problem or violation and to make sure that the employee understands the nature of the problem or violation and the expected remedy. The purpose of this conversation is to remind the employee of the rules and performance expectation and also to remind the employee that it is his/her responsibility to meet AFN's expectations.

- Written warning

- Suspension and/or Termination

In addition to disciplining employees, AFN will also hold the employee's Branch Manager accountable for <u>all</u> unapproved advertisements for his or her branch.  Continued non-compliance may result in further sanctions and/or possible action taken to the proper state licensing commission.

## PROHIBITED PRACTICES

Below is a non-exhaustive list of prohibitions with regard to advertising:
- Cannot use term "fixed" when advertising variable rates or loans where payment will increase.
- Cannot use hypothetical or implied comparisons.
- Cannot imply government endorsement of loan unless one exists (e.g., FHA, VA or similar).
- Cannot misuse current lender's name in ad if it would be misleading.
- Cannot claim product will eliminate debt or waive/forgive existing loan obligations.
- Cannot use term "counselor" in ad.
- Cannot provide trigger terms/disclosures in foreign language and not provide all information in foreign language.
- The Company prohibits and actively prevents the dissemination and/or publication of any false, deceptive, untrue, unfair, or misleading advertisements.
- The Company prohibits and will not tolerate any form of "bait and switch" advertising or marketing practices.

AFN-00015

## AMERICAN FINANCIAL NETWORK INC.
*FINANCING THE AMERICAN DREAM*

- The Company prohibits the use of official-looking seals, logos, statements, images or other characteristics in Advertisements that may be interpreted by consumers as indicting a government affiliation or that may falsely claim federal authority.
- The Company is strictly prohibited from indicating in a reverse mortgage advertisement that a consumer will have "no payments" since reverse mortgage borrowers are commonly required to continue paying property taxes, homeowner's insurance, and homeowner's association fees and assessments (if applicable).

### *State Specific Advertising Requirement Matrix*

The below list is a basic reference guide, not an exhaustive list and it is subject to change at any time. All advertisements still need to be submitted for a compliance review and written approval prior to use. This matrix applies to all advertisements, including but not limited to websites, social media, print, electronic, audio or any televised advertisement.

AFN-00016

# AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

| | |
|---|---|
| **FEDERAL ADVERTISING**<br>*Minimum Required Information to Include on Every Advertisement* | <ul><li>**ECOA** - The Equal Housing Opportunity Act logo must be present on **all** advertisements.</li><li>The AFN logo or full name, which the logo contains, must be used for all advertisements – NO EXCEPTIONS.</li><li>All advertisements must include a corporate phone number on file in the corporate database.</li><li>AFN's NMLS ID# (based on your office location) and Your NMLS Individual ID# must be included on all advertisements.</li><li>**If an advertisement contains any of the following:**<br>Interest rates, amount of any payment, number of payments or payment period, and percentage of any down payment.  Then the following must be stated in the advertisement:<br>  **1.** <u>All advertised interest rates must be stated as an Annual Percentage Rate (APR)</u>. Simple interest rates may be stated, but not larger or more conspicuously than the APR.<br>  **2.** Amount of Loan<br>  **3.** Length of terms for repayment (30 yr, 15 yr, etc.)<br>  **4.** If included, the advertisement must disclose the prepayment terms<br>  **5.** If the advertised rate may increase, you must state "Advertised Rate may increase." (Fixed / ARM)<br>  **6.** The statement: "Restrictions may apply. Programs not available in all areas."</li></ul> |

AFN-00017

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

| State | Requirements |
|---|---|
| **Alabama** | ▪ Alabama statutes limit the use of lender information, including loan numbers, loan amounts, or trade names in solicitations made without the specific consent of the lender.<br>▪ A person other than the lender may not use the lender's trade name or include specific loan information in a solicitation without the consent of the lender unless the solicitation conspicuously states:<br>  a) The name, address, and telephone number of the person making the solicitation;<br>  b) That the person making the solicitation is not affiliated with the lender;<br>  c) That the solicitation is not authorized or sponsored by the lender; and<br>  d) That the loan information used was not provided by the lender.<br>This prohibition does not apply to a lender's communications with current or former customers.<br>▪ The NMLS identifier of any person originating a residential mortgage loan must be clearly shown on all advertisements, including business cards and websites, and any other documents as established by rule, regulation, or order. |
| **Arizona** | ▪ Mortgage bankers and mortgage brokers may not knowingly broadcast, televise, advertise, display or distribute false, misleading, or deceptive statements about the terms, rates, or conditions of mortgage loans. Advertised terms must be set forth in a clear and concise manner to prevent misunderstanding by prospective borrowers.<br>▪ Mortgage advertisements must include the name and license number of the lender's or broker's principal Arizona office. Advertisements may include commonly used names, trademarks, and service marks of the lender's affiliates.<br>▪ A person operating as a mortgage lender, mortgage broker, or mortgage loan originator shall clearly display the unique identifier assigned to the person by the registry on all residential mortgage loan application forms, solicitations, and advertisements, including business cards or websites, and any other documents as established by regulation or order of the department.<br>▪ A loan originator shall not advertise for or solicit mortgage business in any manner without all of the following: |

AFN-00018

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM

<table>
<tr>
<td></td>
<td>

a) The name and license number as issued on the employing mortgage broker's, mortgage banker's, consumer lender's or registered exempt person's principal place of business license.
b) Approval of the employing mortgage broker, mortgage banker, consumer lender or registered exempt person.
c) The unique identifier the loan originator maintains with the nationwide mortgage licensing system and registry established by the secure and fair enforcement for mortgage licensing act of 2008 (P.L. 110-289; 122 Stat. 2810; 12 United States Code sections 5101 through 5116) or its successor.

- It is unlawful to use the name of a lender or a similar name in a consumer solicitation if that use could cause a reasonable person to be confused, mistaken, or deceived about:
  - (1) the lender's sponsorship, affiliation, or association with the person using the name, or
  - (2) the lender's approval of the person using the name.

</td>
</tr>
<tr>
<td>



**California**

</td>
<td>

- Licensed mortgage loan originators must show their unique NMLS identifiers on residential mortgage loan application forms, solicitations, and advertisements, including business cards and Web sites.
- A licensee may not advertise that it or its employees are "bonded," "supervised by," "regulated by," "audited by," or "examined by" the State of California or its agencies.
- California DBO - licensed Branches:
  1. Full branch address
  2. All advertisements must include: "Licensed by the Department of Corporations under the California Finance Lender License #" and "Loans made or arranged pursuant to a California Finance Lenders Law license"
- California BRE - licensed branches:
  1. All advertisements must include: "American Financial Network, Inc. is licensed as a Real Estate Broker by the State of California, License #" and "California Bureau of Real Estate – Real Estate Broker"
  2. Brokers must disclose:  "Broker is performing acts for which a real estate license is required."
  3. Full branch address

</td>
</tr>
</table>

AFN-00019

# AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

| | |
|---|---|
| | 4. A real estate licensee must disclose in advertising for mortgage loans his BRE license number, NMLS unique identifier, and the BRE's telephone number. |
| <br>**Colorado** | ▪ Mortgage brokers, mortgage originators, and mortgage lenders are prohibited from knowingly advertising, displaying, distributing, broadcasting, or televising false, misleading, or deceptive statement of rates, terms, or conditions for a mortgage loan.<br>▪ A mortgage loan originator may not advertise any rate of interest without conspicuously disclosing the APR. "Bait and switch" advertising is unlawful.<br>▪ Advertising of nontraditional mortgage products must include applicable provisions of the Interagency Guidance on Non-Traditional Product Risks (Sept. 29, 2006).<br>▪ All advertisements must clearly and conspicuously provide the following information:<br>  a) the mortgage company name; and<br>  b) the business phone number of the responsible party. The responsible party must be an individual person or a mortgage company. The responsible party must include their registration number that is approved on NMLS;<br>  c) the statement, "Regulated by the Division of Real Estate" |
| <br>**Florida** | ▪ It is a violation of this chapter for any person to:<br>  a) Advertise that an applicant shall have unqualified access to credit without disclosing the material limitations on the availability of such credit. Material limitations include, but are not limited to, the percentage of down payment required, that a higher rate or points could be required, or that restrictions on the maximum principal amount of the loan offered could apply. |

AFN-00020

## AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

|  |  |
|---|---|
|  | b) Advertise a mortgage loan at an expressed interest rate unless the advertisement specifically states that the expressed rate could change or not be available at commitment or closing. |
|  | c) Advertise mortgage loans, including rates, margins, discounts, points, fees, commissions, or other material information, including material limitations on such loans, unless the person is able to make such mortgage loans available to a reasonable number of qualified applicants. |
|  | d) Falsely advertise or misuse names indicating a federal agency pursuant to 18 U.S.C. s. 709. |
|  | e) Engage in unfair, deceptive, or misleading advertising regarding mortgage loans, brokering services, or lending services. |
|  | ▪ Each person required to be licensed under this chapter must maintain a record of samples of each of its advertisements, including commercial scripts of each radio or television broadcast, for examination by the office for 2 years after the date of publication or broadcast. |
|  **Hawaii** | ▪ The Mortgage Loans Act does not regulate advertisements. For informational purposes, however, please note that Hawaii's Uniform Deceptive Trade Practice Act prohibits deceptive, misleading, and false business practices, including advertising practices.<br><br>▪ The unique identifier of any person originating a residential mortgage loan must be clearly shown on all residential mortgage loan application forms, solicitations, or advertisements, including business cards or websites, and other documents as established by rule or order of the Commissioner of Financial Institutions. |
|  **Idaho** | ▪ The unique identifier of any person engaged in the origination of a residential mortgage loan shall be clearly displayed on all residential mortgage loan application forms, solicitations or advertisements, including business cards and websites, and any other document required by rule promulgated under this chapter or order issued by the director under this chapter and pertinent to this part. |

AFN-00021

**AMERICAN FINANCIAL NETWORK INC.**
FINANCING THE AMERICAN DREAM



**Illinois**

- An advertisement is any message conveyed in any format, including, but not limited to, the Internet, and attempting to induce, directly or indirectly, any person to enter into a residential mortgage loan or residential mortgage loan brokerage agreement.
- Small items bearing only the name, address and telephone number of the distributing entity shall not be considered messages intended to induce any person to enter into a residential mortgage loan agreement or residential loan brokerage agreement as defined in the Act and shall not be considered advertisements. Examples of these items are pencils, pens, buttons, pins, pocket calendars, balloons, and business cards.
- Originators must include their NMLS unique identifier on their advertisements.
- The Commissioner shall prescribe regulations governing the advertising of mortgage loans, including without limitation, the following requirements:
    a) Advertising for loans transacted under this Act may not be false, misleading or deceptive. No entity whose activities are regulated under this Act may advertise in any manner so as to indicate or imply that its interest rates or charges for loans are in any way "recommended", "approved", "set" or "established" by the State or by this Act. The Commissioner may issue a cease and desist order for any violation of this Section.
    b) All advertisements by a licensee shall contain the name and an office address of such entity, which shall conform to a name and address on record with the Commissioner.
    c) No licensee shall advertise its services in Illinois in any media, whether print or electronic, without the words "Illinois Residential Mortgage Licensee".
    d) No person engaged in the making of loans to consumers or furnishing goods or services to consumers in a credit transaction may advertise using the terms "bank rates", "bank financing" or words of like import unless it is a bank, banking association or trust company authorized to do business under the laws of this State or of the United States. A person who violates this Section commits an unlawful practice within the meaning of this Act.

AFN-00022

AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

| | |
|---|---|
| <br>**Maine** | ▪ No creditor may engage in this State in false or misleading advertising concerning the terms or conditions of credit with respect to a consumer credit transaction or an open-end credit plan.<br>▪ A catalog or other multiple-page advertisement is considered a single advertisement if it clearly and conspicuously displays a credit terms table setting forth the information required by this section.<br>▪ This section imposes no liability on the owner or personnel, as such, of any medium in which an advertisement appears or through which it is disseminated.<br>▪ Advertising which complies with the Federal Consumer Credit Protection Act, 15 U.S.C.A. § 1601 et seq., does not violate subsection 2.<br>▪ A loan broker must include its license number in all print advertising in Maine. A supervised lender or loan broker must list its NMLS identifier in all advertising that references the availability of loans. |
| <br>**Maryland** | ▪ A mortgage lender may not do business under any trade name that misrepresents or tends to misrepresent that the mortgage lender is:<br>    a) A bank, trust company, or savings bank;<br>    b) A savings and loan association;<br>    c) A credit union; or<br>    d) An insurance company.<br>▪ The Maryland Mortgage Lender Law regulates advertisements. First, the statute prohibits licensees from doing business under any name different from the name that appears on the license. |

AFN-00023



| | |
|---|---|
| **Minnesota** | ▪ The unique identifier of any person originating a residential mortgage loan must be clearly shown on all solicitations, or advertisements, including business cards or web sites, and any other required documents.<br>▪ It is unlawful to use the name, trade name, logo, or tagline of a financial institution in a written solicitation for financial services directed to the institution's customer without written permission, unless the solicitation clearly states that the solicitor is not sponsored by or affiliated with the financial institution. For purposes of this section, the term "financial institution" includes a financial institution's affiliates and subsidiaries.<br>▪ Lenders must comply with the Minnesota interest rate lock-in law, whose impact is felt in connection with rate sheets or advertisements; a disclaimer that advertised loan terms are not an offer to enter into a rate lock-in agreement may be prudent. |
| **Montana** | ▪ In any printed, published, e-mail, or internet advertisement for the provision of services, the following information must be included:<br>   a) a name and unique identifier for a mortgage loan originator advertising as an individual; or<br>   b) the name and unique identifier only of the licensed entity when the licensed entity is advertising on its own behalf or as an entity with one or more mortgage loan originators listed.<br>▪ "Branch office" means a location at which a licensee conducts business other than a licensee's principal place of business. The location is considered a branch office if:<br>   a) the address of the location appears on business cards, stationery, or advertising used by the entity;<br>   b) the entity's name or advertising suggests that mortgages are made at the location;<br>   c) the location is held out to the public as a licensee's place of business due to the actions of an employee or independent contractor of the entity; or<br>   d) the location is controlled directly or indirectly by the entity.<br>▪ A licensee may not:<br>   a) advertise that an applicant has unqualified access to credit without disclosing that material limitations on the availability of credit may exist, such as the percentage required as a down payment, that a higher interest rate or points could be required, or |

AFN-00024

AMERICAN FINANCIAL NETWORK INC.

FINANCING THE AMERICAN DREAM

| | |
|---|---|
| |     that restrictions as to the maximum principal amount of the mortgage loan offered could apply;<br><br>b)  advertise a mortgage loan with a prevailing interest rate indicated in the advertisement unless the advertisement specifically states that the interest rate could change or not be available at the time of commitment or closing;<br><br>c)  advertise mortgage loans, including interest rates, margins, discounts, points, fees, commissions, or other material information, including material limitations on the mortgage loans, unless the licensee is able to make or broker the offered mortgage loans to a reasonable number of qualified applicants;<br><br>d)  engage in false, deceptive, or misleading advertising; or falsely advertise or misuse names in violation of 18 U.S.C. 709. |
| <br>**Nevada** | ▪  A mortgage banker must include in his or her advertisements, including any advertising material available on the Internet:<br><br>a)  The complete name of the mortgage banker or the complete name under which the mortgage banker does business.<br><br>b)  The address, telephone number and either the license number or unique identifier that the mortgage banker has on file with the Division. Additional telephone or cellular phone numbers of the mortgage banker may also be included.<br><br>c)  A description of any licensed activity mentioned in the advertisement, written in nontechnical terms.<br><br>▪  For the purposes of this section, "advertisement":<br><br>a)  does not include white-page listings, employment recruiting announcements, office signs, banners, magnetic car signs, and letterhead which contain only the name, address and telephone number of the mortgage banker, whether together or separate, and which are used for the purpose of identification only; and includes commercial messages that promote the availability of mortgage products or investments offered by the mortgage banker. Commercial messages include, without limitation:<br><br>    i.   print media;<br>    ii.  sales literature;<br>    iii. sales brochures or flyers;<br>    iv. billboards; |

AFN-00025

## AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

| | |
|---|---|
| | v.    yellow-page listings if more than a line listing;<br>vi.   radio and television advertisements;<br>vii.  mass mailings distributed by the United States Postal Service or another such delivery service or by electronic mail;<br>viii. telephone or seminar scripts;<br>ix.  websites or other Internet sites that promote or accept loan applications; and<br>x.   business cards.<br>▪ "Unique identifier" means a number or other identifier assigned by protocols established by the Registry.<br>▪ A mortgage banker, mortgage broker or mortgage agent may not use advertising that simulates the appearance of a check or a communication from a government agency, without the words "THIS IS NOT A CHECK," "NOT NEGOTIABLE," or "THIS IS NOT A GOVERNMENTAL ENTITY."<br>▪ Mortgage advertisements may not refer to an existing lender or financial institution, other than the mortgage banker, mortgage broker or mortgage agent himself, without the written consent of the lender or financial institution. |
| <br>**New Jersey** | ▪ All solicitations and advertisements by licensees, whether in print, broadcast or electronically transmitted, shall include, in a conspicuous manner, the unique identifier assigned to the licensee by the NMLS&R. Business cards shall be considered advertisements.<br>▪ Each verbal advertisement for a loan, which a licensee makes or authorizes to be broadcast or disseminated by radio, television, Internet or other electronic means, shall include a statement indicating whether the advertisement is for a first mortgage or second mortgage loan. The statement may be made by either verbal or visual means, provided that, if visual means are used, the statement shall appear for the entire time the advertisement is broadcast or disseminated.<br>▪ The advertising of maximum interest rates and yield on time and savings deposits shall comply with the requirements of the Federal Truth in Savings Law, 12 U.S.C. 4301 et esq., and Federal Reserve Regulation DD, 12 CFR 230.<br>▪ All advertisements of loan products shall comply with the requirements of the Federal Truth-in-Lending Law and |

AFN-00026

## AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

|  |  |
|---|---|
|  | Regulation Z, 15 U.S.C. 1601 et seq. and 12 CFR 226 et seq., respectively, where applicable.<br>▪ No mortgage lender, broker, or loan originator may advertise "immediate approval" of any application, "immediate closing," or unqualified access to credit. |
| <br>**New Mexico** | ▪ The Mortgage Loan Company Act does not specifically address advertising, except that a licensee may not, while conducting mortgage lending or brokering activities, make any misrepresentations or false statements, or conceal any essential or material facts.<br>▪ Mortgage loan originators must include their unique NMLS identifier in their advertising. |
| <br>**Oregon** | ▪ A licensed MLO must clearly display the licensed MLO's unique identifier on a residential mortgage loan application form, solicitation, advertisement, promotional material or website the licensed MLO uses in connection with the licensed MLO's business.<br>▪ A loan processor or underwriter may not represent to the public by means of advertising, business cards, stationary, brochures, signs, rate lists or other communications, promotional items or methods that the loan processor or underwriter can, will or is authorized to perform the duties of an MLO unless the loan processor or underwriter obtains an MLO's license.<br>▪ Advertisements must not include statements or representation of a specific installment amount in repayment of a loan without at least as prominently disclosing the following information about the loan:<br>    a) principal amount;<br>    b) annual percentage rate;<br>    c) whether the interest rate is fixed or variable, and if variable, the loan terms;<br>    d) number, amount and period of payments scheduled to the date of maturity; |

AFN-00027

**AMERICAN FINANCIAL NETWORK INC.**
— FINANCING THE AMERICAN DREAM —

e) and balance due at maturity (balloon payment) if not fully amortized;

f) an interest rate without at least as prominently disclosing the annual percentage rate of the note;

g) a statement or representation that the person can make or negotiate "low doc/no doc," "no income/no asset," "stated income," "stated asset," "no ratio," or similar loan products without at least as prominently disclosing that these products may have a higher interest rate, more points, or more fees than other products that require income documentation;

h) an interest rate or annual percentage rate expressed in less than three decimal places, provided that ending zeros following the decimal point may be omitted;

i) an offer to procure, arrange, or otherwise assist a borrower to obtain a mortgage loan on terms which the person cannot, does not intend, or does not want to provide, or which the person knows or should know cannot be reasonably provided;

j) a statement or representation that all or most borrowers may or will qualify for a loan or that persons with bad credit histories or no credit histories may or will qualify for this loan unless the person can demonstrate that borrowers with bad credit or no credit have been routinely and successfully qualified for loans by that lender;

k) any statement or representation that would be in violation of Regulation X, 24 CFR Part 3500 regarding kickbacks and unearned fees, including soliciting referrals with a promise to pay the advertising costs of any settlement provider;

l) any statement or representation that would be in violation of Regulation Z, 12 CFR Part 226, regarding advertising;

m) the phrase "wholesale rates" when the advertising is directed to or accessible by the public;

n) any statement or representation about a loan that carries the potential for negative amortization without clearly identifying that potential and without at least as prominently disclosing:

    i. the market or fully indexed rate;

    ii. the term of the reduced payments;

    iii. the term of the entire loan; and

    iv. the annual percentage rate;

AFN-00028

# AMERICAN FINANCIAL NETWORK INC.
### ·FINANCING THE AMERICAN DREAM·

|  |  |
|---|---|
|  | o) official looking emblems or logos, such as eagles, crests, or flags, which resemble a format similar to that used by any governmental agency; envelopes which resemble an official government mailing, from entities such as the Internal Revenue Service, U.S. Treasury, a state taxing authority, or other governmental mailer; |
|  | p) slogans such as "Buy U.S. Savings Bonds" without at least as prominently disclosing that the mailing is an advertisement and not from a government agency; |
|  | q) the name or logo of a financial institution or the holder of an existing loan when the person responsible for the advertisement or named in the advertisement has no association, affiliation or cooperative agreement with the financial institution or holder of the loan, without at least as prominently disclosing that person's name and the following statements: |
|  |     i. "this is an advertisement"; |
|  |     ii. "this is an offer for a new loan"; and |
|  |     iii. "this offer is not related to your existing mortgage |
|  |     iv. lender or holder of your loan"; |
|  |     v. and terms such as "verified as eligible", "preapproved", "prequalified" or similar words or phrases, without at least as prominently disclosing language that describes prerequisites to qualify for the loan, including, but not limited to, income verification, credit check, and property appraisal or evaluation. |
|  | ▪ All advertisements a mortgage banker or mortgage broker disseminates by any means must contain the mortgage banker or mortgage broker's: |
|  | a) Oregon-issued license number; |
|  | b) name; |
|  | c) or assumed business name that conforms to a name on file with the director. |

AFN-00029

## AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

| | |
|---|---|
| **Tennessee** | <ul><li>It is unlawful for any entity to have an advertisement in any form with information that is untrue, deceptive, misleading, or that uses the name or logo of any other lender without the express written consent of the lender whose name is used.</li><li>Under RLBSA, it is unlawful for a person to place any false or misleading advertising that pertains to Mortgage Loans or the availability of Mortgage Loans.</li><li>ILTCA prohibits Registrants from publishing or distributing, or causing to be published or distributed, any false or misleading advertising. Every person registered under ILTCA may use the words "industrial loan and thrift company" or any part thereof in its corporate name.</li><li>It is unlawful, however, for any Registrant organized after July 1, 1968 to use the words "savings and loan." TN ST s 45-5-303(a). A corporation organized before July 1, 1968, whose name includes the words "saving and loan" is subject to additional limitations on advertisements for the sale of certificates of investment.</li><li>A licensed mortgage loan originator must clearly show his unique NMLS identifier on solicitations or advertisements, including business cards and websites. Failure to include this unique identifier can result in a substantial money penalty.</li></ul> |
| **Texas** | <ul><li>A licensee may not advertise that loans will be made at any other place other than that named on its license, except for Texas Finance Code, Chapter 342, Subchapter G loans, which may be closed at a title company or an attorney's office. Every advertisement must state or clearly indicate the identity of the licensee, and in such a manner as to prevent confusion with the name of any other unrelated licensee.</li><li>A licensee may not use blind loan advertisements that give only telephone numbers or addresses.</li><li>A licensee may not advertise, display, or distribute mailing pieces that have a similarity or resemblance to a blank counter check; postal or express money order; U.S. currency, cash, exchange certificate, or any negotiable instrument whatsoever; or any federal, state, or local government warrant. A licensee may not use an envelope that in any way indicates or implies that it is from federal, state, or local government.</li><li>Advertisements of mortgage loans must: (1) comply with state and federal laws, including the Truth-in-Lending Act; (2) advertise only products and terms actually available and identify requirements or limitations; (3) contain no misleading or</li></ul> |

AFN-00030

# AMERICAN FINANCIAL NETWORK INC.
## FINANCING THE AMERICAN DREAM

|  |  |
|---|---|
|  | deceptive impressions; and (4) contain the name of the originator and his/her NMLS unique identifier.<br><br>▪ A loan originator's unique identifier must be clearly shown on each loan application form, solicitation, or advertisement, including business cards and websites.<br><br>▪ 7 Tex. Admin. Code. 81.200 indicates you must include the below notice on any website (clearly and conspicuously displaying it):<br><br>"CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR A LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATOR SHOULD COMPLETE AND SEND A COMPLAINT FORM TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. COMPLAINT FORMS AND INSTRUCTIONS MAY BE OBTAINED FROM THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.<br><br>THE DEPARTMENT MAINTAINS A RECOVERY FUND TO MAKE PAYMENTS OF CERTAIN ACTUAL OUT OF POCKET DAMAGES SUSTAINED BY BORROWERS CAUSED BY ACTS OF LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATORS. A WRITTEN APPLICATION FOR REIMBURSEMENT FROM THE RECOVERY FUND MUST BE FILED WITH AND INVESTIGATED BY THE DEPARTMENT PRIOR TO THE PAYMENT OF A CLAIM. FOR MORE INFORMATION ABOUT THE RECOVERY FUND, PLEASE CONSULT THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV." |
| <br><br>**Utah** | ▪ The Residential Mortgage Practices and Licensing Act does not regulate advertisements. However, false advertising is prohibited under the Unfair Practices Act, the Utah Consumer Sales Practices Act, and the Truth in Advertising Law.<br><br>▪ A mortgage loan originator may not advertise the sale of real estate unless he has a valid real estate license; doing so is considered unprofessional conduct. |

AFN-00031

AMERICAN FINANCIAL NETWORK INC.

— FINANCING THE AMERICAN DREAM —

| | |
|---|---|
| **Virgina** | <ul><li>Every advertisement used by, or published on behalf of, a licensed mortgage lender must clearly and conspicuously disclose the following information:<ol type="a"><li>the name of the mortgage lender as set forth in the license;</li><li>the NMLS unique identifier, with the address for the NMLS Consumer Access website in parenthesis;</li><li>a statement that the mortgage lender is licensed by the Virginia State Corporation Commission;</li><li>the license number assigned to mortgage lender or mortgage broker (i.e. MB-xxx, ML-xxx, MLB-xxx); and</li><li>if an advertisement contains a rate of interest, a statement that the stated rate may change or not be available at the time of loan commitment or lock-in; and</li><li>if an advertisement contains specific information about a consumer's existing mortgage loan and such information was not obtained from the consumer, a statement identifying the source of such information.</li></ol></li></ul><p>Licensed lenders may not engage in advertising that states or implies: (1) that the licensee is affiliated with a governmental agency, depository institution, or other entity where no such relationship exists; or (2) that a consumer has been or will be preapproved, without disclosure (in at least 14-point bold type) of the words THIS IS NOT A LOAN APPROVAL and clear and conspicuous disclosure of the conditions for preapproval. Advertisements that give a consumer the false impression that the advertisement is being sent by the consumer's current lienholder are prohibited.</p><p>If an advertisement states or implies that a consumer can reduce his monthly payment by refinancing, but as a result of refinancing, the total finance charge may be higher over the life of the loan, that fact must be disclosed.</p> |

AFN-00032

AMERICAN FINANCIAL NETWORK INC.
FINANCING THE AMERICAN DREAM

| | |
|---|---|
| <br>**Washington** | ▪ A licensee who advertises, must either identify the business using the licensee's Washington consumer loan license name, or using an approved DBA name with the main office license name or license number.<br>▪ A licensee may advertise over the internet using a URL address that is not the licensee's licensed business name provided that any URL address the licensee advertises takes the user directly to the licensee's main or home web page. If the licensee wants the user to be directed to a different main or home web page, the URL address must contain the licensee's name in addition to any other names or words in the URL address. URL addresses may be used as DBA names upon request to and approval from DFI.<br>▪ A licensee who advertises using the internet or any electronic form (including, but not limited to, text messages) must provide the following language, in addition to any other, on the its web pages or in any medium where it holds itself out as being able to provide the services:<br>    a) Main or home page:<br>        i. The company's license name and NMLS unique identifier must be displayed on the licensee's main or home web page.<br>    b) If mortgage loan originators are named, their NMLS numbers must follow the names.<br>    c) The main or home page must also contain a link to the NMLS consumer access web site page for the company.<br>▪ Mortgage loan originator web page: if a loan originator maintains a separate home or main page, the URL address to the site must be a DBA of the licensee and the licensee's name must appear on the web page. The web page must also contain the loan originator's NMLS number and a link to the NMLS consumer access web page for the company.<br>▪ Compliance with other laws: website content used to solicit Washington consumers must comply with all relevant state and federal statutes for specific services and products advertised on the website.<br>▪ Oversight: the company is responsible for website content displayed on all company web pages used to solicit<br>▪ Washington consumers including main, branch, and mortgage loan originator web pages.<br>▪ A licensee must not advertise rates or fees as the "lowest" or "best." Rates described as "lowest," "best," or other similar words cannot be proven to be actually available at the time they are |

AFN-00033




## AMERICAN FINANCIAL NETWORK INC.
### — FINANCING THE AMERICAN DREAM —

| | |
|---|---|
| | advertised. Therefore, they are a false or deceptive statement or representation prohibited by WA ST 31.04.027.<br>▪ Licensees are prohibited from advertising with envelopes or stationery that contain an official-looking emblem designed to resemble a government mailing or that suggest an affiliation that does not exist. Some examples of emblems or government-like names, language, or nonexistent affiliations that will violate the state and federal advertising laws<br>▪ When an advertisement includes information about a borrower's current loan that a licensee did not obtain from a solicitation, application, or loan, the licensee must provide the borrower with the name of the source of the information.<br>▪ A licensed loan originator must include his or her license number immediately following his or her name on solicitations, correspondence, business cards, advertisements, and residential mortgage loan applications. |
| <br>**Wisconsin** | ▪ Chapter 224 regulates advertisements. It provides that no person may advertise or portray himself or herself as a mortgage banker, mortgage broker, or mortgage loan originator without first obtaining a license from the Division of Banking.<br>▪ Any person originating a residential mortgage loan must clearly place the person's unique identifier on all solicitations and advertisements, including business cards or websites.<br>▪ The Wisconsin Consumer Act regulates advertisements. It provides that a merchant may not "advertise, print, display, publish, distribute or broadcast or cause to be advertised, printed, displayed, published, distributed or broadcast, in any manner any statement or representation with regard to the extension of consumer credit including the rates, terms or conditions for the extension of such credit, which is false, misleading, or deceptive, or which omits to state material information with respect to the extension of credit that is necessary to make the statements therein not false, misleading or deceptive." With respect to matters governed by the Federal Consumer Credit Protection Act, compliance with this statute satisfies the requirements contained in the Wisconsin Consumer Act. |

## CONCLUSION & ADOPTION

The Company shall review, evaluate, and revise this Policy as necessary no less than annually. All employees must abide by this Policy, as well as applicable federal and state rules and regulations regarding advertising and marketing.

AFN-00034

## AMERICAN FINANCIAL NETWORK INC.
### FINANCING THE AMERICAN DREAM

This Policy was last reviewed by Andy S. Kalyviaris, the Company's Chief Compliance Officer, on: May 22, 2022.

This Advertising Policy and Procedures is adopted and made effective as of the date set forth below.

American Financial Network, Inc.

Signature: _____

Name:      Andrew S. Kalyviaris, Esq.

Date:      May 22, 2022

AFN-00035